IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BRITTNEY MCDOUGLE, INDIVIDUALLY, AND　　　　　　　　　　　PLAINTIFFS
ON BEHALF OF THE HEIRS AND WRONGFUL
DEATH BENEFICIAIRES OF MICHAEL MCDOUGLE

V.　　　　　　　　　　CIVIL ACTION NO. 3:15-cv-00350-CWR-FKB

NESHOBA COUNTY, MISSISSIPPI, ET AL.　　　　　　　　　　DEFENDANTS

## AFFIDAVIT OF JOSH RAY

STATE OF MISSISSIPPI
COUNTY OF NESHOBA

Before me, the undersigned notary public, personally appeared JOSH RAY, who, first being duly sworn, did depose and say:

I am a police officer employed by the City of Philadelphia, Mississippi Police Department. I have personal knowledge of the information contained in this this affidavit.

1. On November 1, 2014, I received a call regarding a breaking and entering in progress on West Atkins Street.

2. While I was in transit to West Atkins Street, I heard Officer Lyons call for help multiple times over the radio.

3. When I arrived at the location, I observed Officer Lyons, Officer Pope and Officer Crockett at the scene. At the time of my arrival, Michael McDougle was laying on the ground handcuffed.

EXHIBIT 7

4.     We carried McDougle to Officer Crockett's patrol car and laid him across the back seat. Officer Crockett then transported McDougle to the jail and I followed behind him.

5.     When we arrived at the jail, Officer Lyons and I carried McDougle into the jail and placed him in isolation on his mat and blanket.

6.     A few minutes later, the ambulance arrived at the jail on an unrelated call and I asked the EMS personnel to look at McDougle while they were there. The EMS personnel informed me that they believed McDougle would be all right and if anything changed with him to call them back. I relied upon the opinions of the Emergency Medical Technicians.

7.     Officer Pope and I were at the jail again around 1:15 a.m. I looked in on McDougle and he was talking and asking for a glass of water. Officer Pope informed McDougle that there was a glass of water that had been placed inside the cell with him.

I swear under the laws of the United States of America that the foregoing instrument is correct.

OFFICER JOSH RAY

SWORN TO AND SUBSCRIBED before me, this the 14th day of September, 2015.

NIKKI M. WALTON
NOTARY PUBLIC

MY COMMISSION EXPIRES:
2/12/16