


# MISSISSIPPI STATE MEDICAL EXAMINER'S OFFICE
## 1700 E. WOODROW WILSON AVENUE
## JACKSON, MS 39216-1700

**CASE:** ME14-1235
**County:** Neshoba

# AUTOPSY REPORT

| | |
|---|---|
| **NAME OF DECEDENT:** | Michael McDougle   **RACE:** B   **SEX:** M   **AGE:** 29 |
| **LOCATION OF DEATH:** | Neshoba County Jail, Philadelphia, MS |
| **DATE OF DEATH:** | November 2, 2014 |
| **DATE OF AUTOPSY:** | November 3, 2014 |
| **FORENSIC PATHOLOGIST:** | Erin A. Barnhart, M.D. |

## FINAL ANATOMIC DIAGNOSES

29-year-old male with no significant natural disease:
1. Head trauma:
    a. Abrasion
    b. Soft tissue hemorrhage
    c. Subdural hemorrhage
2. Pulmonary congestion

| | |
|---|---|
| **CAUSE OF DEATH:** | Head injury and mixed drug toxicity (cocaine, methamphetamine, amphetamine, marijuana) |
| **MANNER OF DEATH:** | Undetermined |

EXHIBIT 9

1/26/15

CASE: ME14-1235　　　　　　　　McDougle, Michael　　　　　　　　Page 2 of 4

**IDENTIFICATION:**

An autopsy was performed on the body of Michael McDougle at the Office of the Medical Examiner on November 3, 2014 by Dr. Erin Barnhart.

**EXTERNAL EXAMINATION:**

The body is that of a 65 inch, 178 pound black male who appears consistent with the reported age of 29 years. The body is in full rigor mortis. Minimal livor mortis is on the posterior surfaces of the body. The scalp hair is black. A prominent bony callous is on the central forehead. The irides are brown. The pupils are 0.4 centimeter in diameter. The conjunctivae have no petechiae. The helices are normally formed and the nares are patent. The native dentition is in good condition. The frenula are intact. The tongue is atraumatic.

The neck is symmetrical. The chest and abdomen are normally formed. The back and buttocks are unremarkable. The external genitalia are those of a normal uncircumcised adult male. The extremities and joints are symmetrical and normally developed. An identification band is on the left ankle.

**EVIDENCE OF MEDICAL INTERVENTION:**

Electrocardiograph pads and defibrillator pads are on the torso.

**EVIDENCE OF INJURY:**

A 0.2 cm abrasion is on the central forehead. A 4 cm area of hemorrhage is in the right temporalis muscle. A thin layer of liquid subdural blood overlies the left cerebral hemisphere.

**INTERNAL EXAMINATION:**

The ribs, sternum and clavicles have no visible or palpable fractures. The thoracic and abdominal organs are in the normal anatomic positions. There are no pleural or intraabdominal adhesions or effusions. The diaphragm is intact.

The soft tissues of the neck are atraumatic. The hyoid bone and thyroid cartilage are intact. The larynx and trachea are unobstructed and lined by smooth tan-pink mucosa.

The heart is 320 grams. The epicardium is smooth. The myocardium is red-brown and homogeneous. The left ventricle is 1.2 centimeters thick, and the right ventricle is 0.3 centimeter thick. The endocardium is normal. The valve leaflets and cusps are thin and normally formed. The coronary circulation is right dominant. The coronary arteries have and the aorta have no atherosclerosis. The pulmonary arteries are free of emboli.

The bronchovascular tree is normal in configuration. The pleural surfaces are smooth and glistening. The right and left lungs are 380 grams and 320 grams, respectively. The pulmonary parenchyma is red-pink and congested. No discrete masses or areas of consolidation are identified.

CASE: ME14-1235              McDougle, Michael                 Page 3 of 4

The liver is 1400 grams. The capsule is smooth and transparent. The hepatic parenchyma is red-brown, has a homogeneous lobular pattern and is congested. The gallbladder contains green-brown viscid bile and no calculi. The hepatobiliary ducts are patent.

The esophagus is lined by tan-gray mucosa. The stomach contains approximately 1000 milliliters of thin gray liquid. There is patchy erythema of the gastric mucosa. The pancreas is normal in configuration and has soft, lobular parenchyma. The small and large bowel serosa is smooth and glistening. The appendix is normal.

The right and left kidneys are 160 grams and 140 grams, respectively. The capsules and cortical surfaces are smooth. The corticomedullary junctions are well-demarcated. The calyces, pelves and ureters are unremarkable. The bladder contains clear yellow urine. The prostate gland is normal in size.

The thyroid gland is normal in size and position. The adrenal glands have thin, orange-gold cortices and gray medullae.

The spleen is 60 grams and has firm, purple-red parenchyma. Lymph nodes are inconspicuous.

The skull has no fractures. A bony callous is on the central frontal skull. There is no epidural hemorrhage. The leptomeninges are thin and transparent. The brain is 1360 grams. The cerebral hemispheres are symmetric. The gray-white matter junctions are clearly demarcated; no contusions are present. The ventricles are normal in size and configuration. The basal ganglia, thalami, hippocampi and mammillary bodies are symmetric and normally formed. The midbrain, pons and cerebellum are unremarkable. The cranial nerves are normal. The cerebral arteries have no atherosclerosis or aneurysms. The spinal cord as viewed from the cranial cavity is unremarkable.

CASE: ME14-1235               McDougle, Michael               Page 4 of 4

**OPINION:**

The above decedent was arrested and placed in jail at 10:00 p.m. on November 1, 2014. During apprehension, a conducted energy device (CED) was deployed. The CED discharge report indicated two discharges of six and two seconds, respectively. According to the involved officer, a single barb struck the decedent in the abdominal area and did not penetrate the clothing. At approximately 4:00 a.m. on November 2, 2014, the decedent requested a glass of water. At 7:30 a.m. on November 2, 2014, he was found deceased on his back on the floor of his cell. Resuscitation attempts were unsuccessful. At autopsy, no CED barb impact sites were identified. An abrasion was on the forehead, a focal area of hemorrhage was on the right side of the skull and blood was in the left subdural space. There were no skull fractures or cerebral contusions. No significant natural disease was present. Toxicology testing revealed cocaine, methamphetamine, amphetamine and marijuana in postmortem blood samples. Investigation failed to reveal an etiology of the decedent's head injury. Although CED usage may rarely contribute to death in certain individuals with significant natural disease or drug intoxication, in this case, CED deployment did not contribute to the decedent's death. Based upon the autopsy and toxicology findings and current investigational information, this 29-year-old male died as a result of head injury and mixed drug toxicity (cocaine, methamphetamine, amphetamine, marijuana). Because the etiology of the head injury is uncertain, the manner of death is best classified as undetermined. If additional information becomes available, the case will be reviewed.

_____            Date Signed: 1/8/15
Erin A. Barnhart, M.D.
Deputy Chief Medical Examiner

EB/sp
T: 12/03/2014

# Mississippi State Medical Examiner's Office
## 1700 E. Woodrow Wilson Avenue
## Jackson, MS  39216

## PATHOLOGICAL EXAMINATION

CASE:  ME#14-1235               COUNTY: Neshoba

NAME: Michael McDougle          RACE:  B   SEX:  M   AGE: 29y

DATE AND TIME OF AUTOPSY:  11/03/2014

### PROVISIONAL PATHOLOGIC DIAGNOSES

**PRIMARY DIAGNOSES:**
Pending toxicology and additional investigation

Erin Barnhart, M.D., State Medical Examiner     Date: 11/03/2014



## MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY

**Narrative**

CASE NUMBER 14-00000563

McDougle was taken to the Neshoba County Jail and placed into the isolation cell due to the suspects resistance to his arrest at Billy Seale' residence at 243 West Atkins Street.

EMT's were at the jail and checked the condition of McDougle and it was deemed unnecessary to transport McDougle.

On 2 NOV 2014 at 0357 hours, Neshoba County Jailer Harvey Hickman took a glass of water to McDougle after McDougle requested something to drink.

Around 0715, as breakfast was being served, McDougle was found unresponsive in his cell lying near the door. An ambulance was called and responding EMT Kevin Fredricks advised McDougle was deceased at approx. 0743 hours.

Neshoba County Jail Administrator Jimmy Read and Sheriff Waddell were notified and came to the scene.

Mississippi Bureau of Investigation Lt. Eric Johnson was called by Neshoba County Deputy Sheriff Ralph Sciple and advised of the situation.

Lt Johnson notified Special Agent Jerome Lee of the incident and Lee contacted Sciple by cellphone and drove to the Neshoba County Jail in Philadelphia for further investigation.

After Lee arrived at the jail, Lee spoke to Philadelphia Police Chief Grant Myers and received information from Deputy Sciple. Lee started taking photographs and getting preliminary information concerning the circumstances of the deceased subject, Michael Deangelo McDougle.

Sheriff Waddell asked Lee if the father, Michael W McDougle, could look at his son in the jail cell. The father was allowed to come back into the jail area where Neshoba County Coroner Allen Collins advised the father that McDougle could look at his son but to not touch his son. Agent Lee observed the father as he was in the cell. The father kneeled next to his son and cried for a short period of time and got up and left to speak more to the Sheriff. Lee obtained jail booking sheets and requested a copy of jail video surrounding the McDougle arrest and incarceration.

Lee took photographs of the body and surrounding jail areas & assisted the Coroner with placing the deceased into a body bag.

Lee met with the wife of the deceased, Mrs Brittney Michelle McDougle, along with the father, Michael W McDougle and released a money order and 8.00 in cash from the deceased to the wife and had the wife sign a receipt for the released items. While Lee and Sheriff Waddell spoke to Brittney McDougle and the McDougle father, Brittney stated that her husband, Michael McDougle had taken spice, crack, & crystal meth prior to his arrest. The father got upset and told Brittney to shut the hell up and stated that he was ready to leave. The family members left the jail. Lee talked to some people outside and asked them to get the McDougle father to come back to the jail to talk some more. Afterwards, McDougle returned and stated that he had gone and spoken to the man that owned the house that was supposedly broken into (Billy Seales) & Michael W McDougle stated that Billy Seales told him that the house was not broken into and that his son had knocked on the door and then entered the house and that the Philadelphia Police were making up charges against his son.

Funeral home personnel was contacted by Collins to take possession of the remains and to transport McDougle to the Mississippi Crime Lab Mortuary in Jackson for autopsy.

Lee rode with Philadelphia Police Chief Grant Myers to Billy Seales residence at 243 West Atkins Street in Philadelphia. Philadelphia Police Detective Fredesz Moore drove to the residence also. Seales stated that McDougle was hollering and acting crazy and broke through this door and Seales threw McDougle to the ground and held him till police arrived. Seales stated after he got up off McDougle, Officer Lyons tried to handcuff McDougle when the fight started. Seales assisted Lyons by holding McDougle and Polly Jean got Lyons handcuffs and radio and gave to Officer Lyons.



## MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY

### Narrative

CASE NUMBER 14-00000563

Lee & Moore collected a barb from the tazer in the front yard of Seales residence and placed it into an evidence bag.

Lee, Myers, & Moore drove back to the police department to meet with Officer Lyons to get his statement. Lee met with arresting Philadelphia Police officer Eric Lyons and obtained a verbal statement from Lyons. Lee also requested written statements from all officers involved in the arrest of Michael D McDougle. Lyons statement was consistent with statements from the Seales residence and from jailers from the Neshoba County Jail.

No video concerning this arrest was available from the Philadelphia Police Department. No department vehicles had a operating video camera.

Lee requested a audio tape of the 911 call from Neshoba 911 dispatch about the initial complaint call from Neshoba Dispatch Center Director Jeff Mayo.

Lee drove to Jackson on 3 NOV 2014 @ 0800 and met with Mortuary personnel to witness the autopsy of Michael D McDougle.

---

Special Agent Jerome Lee

Mississippi Bureau of Investigation

- Incident Reporting:BI 14-00000563          Page 1 of 1

**Wednesday, March 11th, 2015 03:25 PM**
Good afternoon Jerome Lee. **Data Force Search**

Change Password | Change Settings
Email | Send IM
Help
Jump To

### Case Summary

Report Number: 1400000563

**Admin**

| Supp # | Date | UCR Status |
|---|---|---|
| Officer | | |
| 000 | 11/02/2014 | PENDING |
| LEE,JEROME | | |

**Offense(s)**

Original Report
Offense
11-11-111: DEATH INVESTIGATION

**Person(s)**

Original Report
Name — Type
MCDOUGLE,MICHAEL — Suspect - Arrestee
MCDOUGLE,BRITTNEY — Other/Unknown
MCDOUGLE,MICHAEL — Other/Unknown
DONALD,JOHNNY — Witness
SEALES,BILLY — Complainant - Prop/Veh Owner
BOLER,APRIL — Witness

**Vehicle(s)**

**Property and Evidence**

**File Attachments(s)**
Images on case:
Supplement 000 -- 87
----------------------------
Total Images -- 87

**Case Management**
Crime Scene Photos

---

**Incident Reporting System - Administration**

Tabs: Admin | Offense | Person | Relationships | Vehicle | Property | Narrative | Print

- Report Number: B 14 00000563 [Edit Num] Supp #: 000    Report Type#: DEATH [Create Supp]
- Report Date: 11 / 02 / 2014   Time: 07 : 30    District.: 6
- Address: 00938 CHESTNUT ST   Apt: ☐ Confidential
- City: PHILADELPHIA   State: MS   Zip: 39350
- Landmark: NESHOBA COUNTY JAIL   County: 50 NESHOBA
- Latitude: 32.7807   Longitude: 089.126
- Report Officer 1: L5486 LEE,JEROME    Assign Date: 11 / 02 / 2014
- Report Officer 2:    Assign Date: / /
- Investigator 1: L5486 LEE,JEROME    Assign Date: 11 / 02 / 2014
-    Review Date: / /
- Investigator 2:    Assign Date: / /
-    Review Date: / /
- Assigned By: J0804 JOHNSON,ERIC    Review Date: 11 / 02 / 2014
- UCR Status: P PENDING    Status Date: 11 / 02 / 2014
- Case Status: O OPEN    Status Date: 11 / 02 / 2014
- Manner Of Death: ACCIDENTAL   ACCIDENTAL
- Division: MBI

Buttons: Public Release | Clear Blocks | Search Warrant | Notice of Seizure

Report approved first tier by Eric Johnson on 01/22/2015

Icons: CAD Equipment | Case Summary | Related Cases | Domestic | Files | Crime Scene Drawings | Solvability | Blocking

[Seek] [Update] [<<] [>>] [Add New] [Clear] [Delete] [Search RT] [Exit]

**Record Updated!**

Copyright © 2004, Application Data Systems, Inc.
WARNING: This computer software is property of Application Data System, Inc. and is protected by copyright laws and International treaties. Any unauthorized reproduction or distribution of this program, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum possible under law.

ADSi

CaseID  314775                                                                View Report

1   of 2            Acrobat (PDF) file

Michael McD

# REPORT OF DEATH INVESTIGATION

**STATE MSME MEDICAL EXAMINER**

| DECEDENT: | Michael | Deangelo | McDougle | |
|---|---|---|---|---|
| | (First Name) | (Middle Name) | (Last Name) | (Jr., Sr., III, etc.) |
| ADDRESS: | 901 Gum Street | | Phila MS | Neshoba |
| | (Number & street or Route, Box No.) | | (City, State) | (County) |

## INFORMATION ABOUT DECEDENT AND DESCRIPTION OF BODY

| AGE (if less than 2 yrs, give months & days) | SEX | CLOTHING | BODY TEMPERATURE | BLOOD | FROTH | OC |
|---|---|---|---|---|---|---|
| 29 Years | [X] Male | [ ] Clothed | [ ] Warm | [ ] Nose | [ ] Present | (Plea |
| | [ ] Female | [X] Partly Clothed | [ ] Cool | [ ] Mouth | [X] Absent | TYF |
| Date of Birth 6/14/1985 | [ ] Undetermined | [ ] Unclothed | [X] Cold | [ ] Ears | | |
| MARITAL STATUS | HEAD-HAIR | EYES: | (if taken) | [X] Clothing | | |
| [X] Married | [ ] None | Color Brown | RIGOR | [ ] None | | (Exe typi sale |
| [ ] Never Married | [ ] Partly Bald | R 6  L 6 | (Circle Degree) | OTHER | | |
| [ ] Widowed | [ ] Blonde | WEIGHT: | [X] Neck  0 [1+] 2+ 3+ | Dirt, water, etc., | | IND |
| [ ] Divorced | [ ] Brown | 140 lbs | [X] Arms  0 [1+] 2+ 3+ | [ ] Nose | | |
| [ ] Separated | [ ] Red | LENGTH: | [X] Legs  0 [1+] 2+ 3+ | [ ] Mouth | | |
| [ ] Unknown | [X] Black | 5' 5" | LIVOR | [ ] Ears | | (Exe banl |
| RACE | [ ] Grey | MISCELLANEOUS: | Color | [X] None | | farm hom |
| [ ] White | [ ] White | [ ] | Fixed? [ ] Yes [X] No | DECOMPOSITION | | |
| | OTHER HAIR | | | | | |
| [X] Black | | [ ] | [ ] Anterior | [ ] Early | | [X] |
| [ ] Hispanic | [ ] Mustache | [ ] | [X] Posterior | [ ] Advanced | | |
| [ ] Other | [ ] Beard | [ ] Circumcised | [ ] Lateral | [ ] None | | |

## INFORMATION ABOUT OCCURRENCE

| ITEM | DATE | TIME | LOCATION | COUNTY | TYPE OF PREI Home, farm, highway |
|---|---|---|---|---|---|
| INJURY OR ONSET OF ILLNESS | 11/2/2014 | Unknown | Neshoba County Jail Chestnut ST. | Neshoba | ON THE JOB? [ ] YES   Jail [X] NO |
| LAST SEEN ALIVE | 11/2/2014 | 4:00 AM | (By Whom; Name and Address) Harvey Hickman Neshoba County Jail Chestnut ST | Neshoba | Jail |
| DEATH | 11/2/2014 | Unknown | Neshoba County Jail Chestnut ST. Phila | Neshoba | Jail |
| FOUND DEAD BY | 11/2/2014 | 7:30 AM | (By Whom; Name and Address or Title) Harvey Hickman Neshoba County Jail Chestnut | Neshoba | Jail |
| POLICE NOTIFIED | 11/2/2014 | 7:30 AM | POLICE AGENCY:  PD and SO | | OFFICER:  Sciples,Waddell, |

Report Viewer                                                                                             Page 1 of 1

CaseID  314775                                                                                            View Report

, 2   of 2        Acrobat (PDF) file        ∨

Michael McDougle Page 2

## REASON FOR ASSUMING MEDICAL EXAMINER JURISDICTION (Check ONE only)

| | | | | | |
|---|---|---|---|---|---|
| ☐ HOMICIDE | ☐ ACCIDENT | ☐ POISONING | ☒ POLICE CUSTODY | ☐ PUBLIC HEALTH HAZARD | ☐ SURGICAL/ANESTHETIC PROCEDURE |
| ☐ SUICIDE | ☐ DISASTER | ☐ UNKNOWN OR SUSPICIOUS | ☐ STATE | | |
| ☐ TRAUMA | ☐ VIOLENT | | ☒ LOCAL/OTHER | ☐ SUDDEN/UNEXPECTED | ☐ UNATTENDED |

## MEANS OF DEATH (Agency or Object) - IF DEATH OTHER THAN NATURAL

**IF MOTOR VEHICLE INVOLVED**
- ☐ Driver
- ☐ Passenger
- ☐ Pedestrian
- ☐ Other
- ☐ Lap Belt Used
- ☐ Shoulder Belt Used
- ☐ Crash Helmet Worn
- ☐ Hit-Run
- ☐ Non-Highway
- ☐ Passenger Car
- ☐ Truck
- ☐ Motorcycle
- ☐ Motorbike
- ☐ Farm Vehicle
- ☐ Other

**IF GUN**
- ☐ Rifle-Cal.
- ☐ Handgun-Cal.
- ☐ Shotgun-Gau.
- ☐ Unknown Type
- ☐ Stippling
- ☐ Smudging
- ☐ Abrasion Collar
- ☐ Round
- ☐ Oblong
- ☐ Stellate
- ☐ Surg. Treated
- ☐ Other

LOCATION OF WOUNDS (If no autopsy):

| Head | Buttocks | Upper Arms |
| Neck | Thighs | Lower Arms |
| Chest | Lower Legs | Hands |
| Abdomen | Feet | Other |

**IF INSTRUMENT:**
- ☐ Blunt
- ☐ Sharp
- What Kind:
- ☐ Unknown Kind
- TYPE & LOCATION OF INJURIES:

**IF DRUG, POISON, CHEMICAL (Suspected)**
- ☐ Alcohol
- ☐ Other Drugs, Chemical or Poison (Specify by Name)
- ☐ Unknown
- REMARKS/SYMPTOMS:
- ☐ Ingested
- ☐ Injected
- ☐ Inhaled
- ☐ Topical
- ☐ Other
- ☐ Unknown

## CONDITION:   MEDICAL HISTORY

- ☐ Alcoholism
- ☐ Cancer
- ☐ Diabetes
- ☐ Drug Abuse
- ☐ Lung Disease
- ☐ Fractures
- ☐ Heart Disease
- ☐ Seizure (specify)
- ☐ Other (specify)

DOCTOR:
Where treated:
Medications:

## NARRATIVE SUMMARY OF CIRCUMSTANCES SURROUNDING DEATH (Add sheet if needed):

Front                    Back:

29 year old black male that was locked into the Neshoba County Jail at or around 10:00pm on November 1,2014,for Breaking and entering,Resisting Arrerst,and Disorderly conduct,at or around 04:00am on November 2,2014 asked Harvey Hickman for a cup of water and that was the last time known alive,at or around 7:30am on November 2,2014 was found lying

http://rs.coronerme.com/ReportServer/Pages/ReportViewer.aspx?%2fCoronerMEReports    11/4/...

Report Viewer                                                                                     Page 1 of 1

CaseID 314775                                                                     View Report

         1    of 2              Acrobat (PDF) file   ⌄

                                                                                        Michael McL

# REPORT OF DEATH INVESTIGATION

**STATE MEDICAL EXAMINER** (MSME)

**DECEDENT:** Michael Deangelo McDougle
(First Name) (Middle Name) (Last Name) (Jr., Sr., III, etc.)

**ADDRESS:** 901 Gum Street    Phila MS    Neshoba
(Number & street or Route, Box No.)  (City, State)  (County)

## INFORMATION ABOUT DECEDENT AND DESCRIPTION OF BODY

**AGE** (if less than 2 yrs. give months & days): 29 Years

**SEX:** [X] Male, [ ] Female, [ ] Undetermined

**Date of Birth:** 6/14/1985

**CLOTHING:** [ ] Clothed, [X] Partly Clothed, [ ] Unclothed

**BODY TEMPERATURE:** [ ] Warm, [ ] Cool, [X] Cold (if taken)

**BLOOD:** [ ] Nose, [ ] Mouth, [ ] Ears

**FROTH:** [ ] Present, [X] Absent

**MARITAL STATUS:**
[X] Married
[ ] Never Married
[ ] Widowed
[ ] Divorced
[ ] Separated
[ ] Unknown

**HEAD-HAIR:**
[ ] None
[ ] Partly Bald
[ ] Blonde
[ ] Brown
[ ] Red
[X] Black
[ ] Grey
[ ] White

**EYES:** Color Brown    R 6   L 6

**WEIGHT:** 140 lbs

**LENGTH:** 5' 5"

**MISCELLANEOUS:**
Fixed? [ ] Yes [X] No
[ ] 
[ ] 
[ ] Circumcised

**RIGOR (Circle Degree):**
[X] Neck 0 [1+] 2+ 3+
[X] Arms 0 [1+] 2+ 3+
[X] Legs 0 [1+] 2+ 3+

**LIVOR:** Color ___
[ ] Anterior
[X] Posterior
[ ] Lateral

**Clothing:** [X]
**None:** [ ]

**OTHER** (Dirt, water, etc.)
[ ] Nose
[ ] Mouth
[ ] Ears
[X] None

**DECOMPOSITION:**
[ ] Early
[ ] Advanced
[ ] None

**RACE:**
[ ] White
[X] Black
[ ] Hispanic
[ ] Other

**OTHER HAIR:**
[ ] Mustache
[ ] Beard

## INFORMATION ABOUT OCCURRENCE

| ITEM | DATE | TIME | LOCATION | COUNTY | TYPE OF PREM Home, farm, highway ON THE JOB? |
|---|---|---|---|---|---|
| INJURY OR ONSET OF ILLNESS | 11/2/2014 | Unknown | Neshoba County Jail Chestnut ST, | Neshoba | [ ] YES [X] NO  Jail |
| LAST SEEN ALIVE | 11/2/2014 | 4:00 AM | (By Whom: Name and Address) Harvey Hickman Neshoba County Jail Chestnut | Neshoba | Jail |
| DEATH | 11/2/2014 | Unknown | Neshoba County Jail Chestnut ST. Phila | Neshoba | Jail |
| FOUND DEAD BY | 11/2/2014 | 7:30 AM | (By Whom: Name and Address or Title) Harvey Hickman Neshoba County Jail Chestnut | Neshoba | Jail |
| POLICE NOTIFIED | 11/2/2014 | 7:30 AM | POLICE AGENCY: PD and SO | | OFFICER: Sciples, Waddell |

http://rs.coronerme.com/ReportServer/Pages/ReportViewer.aspx?%2fCoronerMEReports...     11/4/2014

Report Viewer                                                                              Page 1 of 1

CaseID  314775                                                                             View Report

         2    of 2              Acrobat (PDF) file       ▽

                                                                                  Michael McDougle Page 2

## REASON FOR ASSUMING MEDICAL EXAMINER JURISDICTION (Check ONE only)

| ☐ HOMICIDE | ☐ ACCIDENT | ☐ POISONING | ☒ POLICE CUSTODY | ☐ PUBLIC HEALTH HAZARD | ☐ SURGICAL/ANESTHETIC PROCEDURE |
| ☐ SUICIDE | ☐ DISASTER | ☐ UNKNOWN OR SUSPICIOUS | ☐ STATE | | |
| ☐ TRAUMA | ☐ VIOLENT | | ☒ LOCAL/OTHER | ☐ SUDDEN/UNEXPECTED | ☐ UNATTENDED |

## MEANS OF DEATH (Agency or Object) - IF DEATH OTHER THAN NATURAL

**IF MOTOR VEHICLE INVOLVED**
- ☐ Driver
- ☐ Passenger
- ☐ Pedestrian
- ☐ Other
- ☐ Lap Belt Used
- ☐ Shoulder Belt Used
- ☐ Crash Helmet Worn
- ☐ Hit-Run
- ☐ Non-Highway
- ☐ Passenger Car  ☐ Farm Vehicle
- ☐ Truck  ☐ Other
- ☐ Motorcycle
- ☐ Motorbike

**IF GUN**
- ☐ Rifle-Cal.
- ☐ Handgun-Cal.
- ☐ Shotgun-Gau.
- ☐ Unknown Type
- ☐ Stippling  ☐ Oblong
- ☐ Smudging  ☐ Stellate
- ☐ Abrasion Collar  ☐ Surg. Treated
- ☐ Round  ☐ Other

LOCATION OF WOUNDS (If no autopsy):
Head / Buttocks / Upper Arms
Neck / Thighs / Lower Arms
Chest / Lower Legs / Hands
Abdomen / Feet / Other

**IF INSTRUMENT:**
- ☐ Blunt
- ☐ Sharp
- What Kind:
- ☐ Unknown Kind
- TYPE & LOCATION OF INJURIES:

**IF DRUG, POISON, CHEMICAL (Suspected)**
- ☐ Alcohol
- ☐ Other Drugs, Chemical or Poison (Specify by Name)
- ☐ Unknown
- REMARKS/SYMPTOMS:
- ☐ Ingested  ☐ Topical
- ☐ Injected  ☐ Other
- ☐ Inhaled  ☐ Unknown

**CONDITION:**
- ☐ Alcoholism
- ☐ Cancer
- ☐ Diabetes
- ☐ Drug Abuse
- ☐ Lung Disease
- ☐ Fractures
- ☐ Heart Disease
- ☐ Seizure (specify)
- ☐ Other (specify)

**MEDICAL HISTORY**
DOCTOR:
Where treated:
Medications:

## NARRATIVE SUMMARY OF CIRCUMSTANCES SURROUNDING DEATH (Add sheet if needed):

Front                                                                                      Back:

29 year old black male that was locked into the Neshoba County Jail at or around 10:00pm on November 1,2014, for Breaking and entering, Resisting Arrerst, and Disorderly conduct, at or around 04:00am on November 2,2014 asked Harvey Hickman for a cup of water and that was the last time known alive, at or around 7:30am on November 2,2014 was found lying