Date : 11/02/2014  
Page : 1

# ARREST REPORT
NESHOBA COUNTY SHERIFF'S OFFICE

ARREST NO. : 2014110005  
CASE NO. :

| NAME OF PERSON ARRESTED | ALIAS OR NICKNAME(S) | ARREST DATE |
|---|---|---|
| MCDOUGLE, MICHAEL DEANGELO | DEANGELO MCDOUGLE | 11/01/2014 |

| ADDRESS OF SUSPECT | OCCUPATION | TIME |
|---|---|---|
| 901 GUM STREET - PHILADELPHIA, MS 39350- | | 22:00 |

| SOCIAL SECURITY NO | STATE | DRIVERS LICENSE NUMBER | TYPE | EXPIRES | CITIZENSHIP | BUILD | BIRTH DATE | |
|---|---|---|---|---|---|---|---|---|
| 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 | | NONE | | / / | US | Small | 06/14/1985 | RIGHT THUMB |

| AGE | RACE | SEX | EYES | HAIR | LENGTH | HEIGHT | WEIGHT | BIRTH PLACE |
|---|---|---|---|---|---|---|---|---|
| 29 | BLACK | Male | BRO | BLK | LONG | 5' 5" | 140 | MERIDIAN, MISSISSIPPI |

| WHERE ARRESTED | HOW ARREST MADE | COURT | MAR.STAT |
|---|---|---|---|
| | On View | | S |

| WEAPON (IF ARMED) | GANG | [X] Drunk  [ ] Cursed  [ ] Spit at Officers |
|---|---|---|
| | | [ ] Drinking  [ ] Resisted  [X] Under Influence/Drugs |

| OFFENSE(S) SUSPECTED OR CHARGED | OFFENSE DATE | FILE NUMBER |
|---|---|---|
| | 11/01/2014 | 1185 |

| VEHICLE INVOLVED | YEAR | MAKE & MODEL | STYLE | COLOR | LICENSE NO. | STATE |
|---|---|---|---|---|---|---|
| | | | 0 | | | |

PREVIOUS ARREST(S)  
2014110005 - 11/01/2014 thru / /  For :  
2014080069 - 08/08/2014 thru 09/05/2014 For :DISORDERLY CONDUCT FTC, RESISTING ARREST, PUBLIC D

OTHER PERSONS ARRESTED FOR SAME OFFENSE

| PROPERTY PLACED IN PROPERTY ROOM | VALUE |
|---|---|

| NAME OF COMPLAINANT | ADDRESS | BEST PHONE | OTHER PHONE |
|---|---|---|---|

| WITNESSES NAME: | BEST CONTACT ADDRESS | AGE | BEST PHONE | OTHER PHONE |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | BEST PHONE | OTHER PHONE |

| STATUTE CODE | CHARGE DESCRIPTION | DISPOSITION | FINE | BOND |
|---|---|---|---|---|
| 1111 | BREAKING AND ENTERING | Open | $ 0.00 | $ 0.00 |
| 1111 | RESISTING ARREST | Open | $ 0.00 | $ 500.00 |
| 1111 | DISORDERLY CONDUCT FTC | Open | $ 0.00 | $ 500.00 |

OFFICER'S NARRATIVE

| ARRESTING OFFICER | REPORT MADE BY | FINAL DISPOSITION |
|---|---|---|
| CROCKETT BRAD | | OPEN |

EXHIBIT 11