# BOOKING REPORT
## NESHOBA COUNTY SHERIFF'S OFFICE

Date: 11/01/2014
Page:

| Field | Value |
|---|---|
| AGENCY | PPD |
| BOOKING NO | 2014110005 |
| FILE NUMBER | |
| CASE NO | |
| DEFENDANT NAME | MCDOUGLE, MICHAEL DEANGELO |
| RACE | BLACK |
| SEX | Male |
| AGE | 29 |
| BIRTHDATE | 06/14/1985 |
| EYES | BRO |
| HAIR | BLK |
| LENGTH | LONG |
| HEIGHT | 5' 5" |
| WEIGHT | 140 |
| BUILD | Small |
| SKIN TONE | DRK |
| SOCIAL SECURITY NO | 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 |
| CITIZENSHIP | US |
| RESIDENT | This Jurisdiction |
| ADDRESS | 901 GUM STREET |
| CITY | PHILADELPHIA |
| STATE ZIP | MS 39350- |
| HOME PHONE | 601-781-1177 |
| ALIAS OR NICKNAME(S) | DEANGELO MCDOUGLE |
| STATE | |
| DRIVERS LICENSE NUMBER | NONE |
| PLACE OF BIRTH | MERIDIAN, MISSISSIPPI |
| EMPLOYER | UNEMPLOYED |

EMERGENCY CONTACT
MARY MCDOUGLE
901 GUM STREET
PHILADELPHIA        MS   39350-

WORK PHONE          601-663-6957
RELATION TO INMATE  MOTHER

| Field | Value |
|---|---|
| ARRESTING OFFICER | CROCKETT, BRAD |
| DATE | 11/01/2014 |
| TIME | 22:00 |
| WHERE ARRESTED | |
| BOOKING OFFICER | MONK, AMANDA |
| DATE | 11/01/2014 |
| TIME | 20:39 |
| SEARCHING OFFICER | |
| JAIL BOOK | |
| FEDERAL NUMBER | |
| STATE NUMBER | |
| UCR REPORTING CODE | |
| RESPONSIBLE COURT | |
| MARKS/TATTOOS | TAT ON LEFT ARM |
| PH CALL(S) MADE | 2    3 |
| CLASSIFICATION | |
| CELL/SECTION | ISOLATION |
| DAILY BILLING RATE | $20.00 |
| DISPOSITION | OPEN |
| SENTENCE LENGTH | 0 YEARS 0 DAYS |
| SENTENCE DATE | / / |
| SCH RLSE DATE | / / |
| ACTUAL RELEASE | / / |

RELEASED TO              RELEASED BY

| ARREST CODE | F/M | CHARGE | CASE/DOCKET NO. | FINE | BOND | DISPOSITION & DATE |
|---|---|---|---|---|---|---|
| | | | | $ 0.00 | $ 0.00 | / / |

TOTAL BOND: $

DEFENDANT'S SIGNATURE AT TIME OF ARREST   DATE   OFFICER

EXHIBIT 12