# Philadelphia Police Department

# Officer Reports

1. Eric Lyons
2. Brad Crockett
3. Brandon Pope
4. Josh Ray

**EXHIBIT "A"**

| | INCIDENT AND CRIME REPORT | Case Number |
|---|---|---|
| **Philadelphia Police Department**<br>523 Main Street<br>Philadelphia, MS 39350 | | 20142188<br>Page Number<br>Cover Page |

| Code Section | Crime<br>BURGLARY, B&E | Classification<br>CRIMES AGAINST THE CRIMINAL JUSTICE | Report Area<br>PHILADELPHIA |
|---|---|---|---|
| Date Occurred from | Date Occurred to | Date Reported<br>11/1/2014 | Location of Occurrence<br>285 W. ATKINS ST. |
| Time Occurred from | Time Occurred to | Time Reported<br>21:47 Hrs. | |

### Complainant / Victim Information

| Name-Last, First, Middle (Firm if Business) | | | | | Residence Address | Residence Phone |
|---|---|---|---|---|---|---|
| SSN | Race | Sex | Age | DOB | Business Address (School if Juvenile) | Business Phone |

### Other Information

(multiple empty entries)

### Suspect Information-General

| Suspect Name (Last, First, Middle) | Race | Sex | Ht. | Wt. | Hair | Eyes | DOB | Arrested | Address |
|---|---|---|---|---|---|---|---|---|---|
| MCDOUGLE, MICHAEL D | B | M | 0 | 0 | Blk | Brn | 06/14/85 | Yes | 901 GUM ST, PHILADELPHIA, MS |

| Reporting Officers<br>SSG E. LYONS 85 | Recording Officer<br>SSG E. LYONS 85 | Typed by<br>EL | Date<br>11/2/2014 | Time<br>9:43 Hrs. |
|---|---|---|---|---|
| | | Reviewed by | | Date |

**FOR OFFICIAL USE ONLY**

CrimeSoft

Exhibit A-1

| | INCIDENT AND CRIME REPORT | Case Number |
|---|---|---|
| Philadelphia Police Department | Continuation Sheet | 20142188 |
| 523 Main Street<br>Philadelphia, MS 39350 | | Page Number<br>1 |

| Code Section | Crime<br>BURGLARY, B&E | Classification<br>CRIMES AGAINST THE CRIMINAL JUSTICE | Report Area<br>PHILADELPHIA |
|---|---|---|---|
| Victims Name-Last, First, Middle (Firm if Business) | | Residence Address | Res. Phone |

## NARRATIVE

ON OR ABOUT 11-1-2014 AT APPROXIMATELY 2147, DISPATCH ADVISED OF A B&E IN PROGRESS AT 285 W ATKINS ST. DISPATCH ADVISED THAT A BLACK MALE SUBJECT WAS INSIDE THE RESIDENCE AND AND WAS BEING HELD ON THE GROUND UNTIL OFFICERS ARRIVED. I WAS IN THE AREA OF BEACON ST. NEAR RANGE AVE RESPONDING. I ASKED IF THE RESIDENCE WAS CLOSER TO LEWIS AVE. AND DISPATCH ADVISED THAT IS WAS THE 2ND HOUSE ON THE LEFT OFF OF LEWIS AVE WITH A MAROON VAN IN THE YARD. I ARRIVED AT THE RESIDENCE AT 21:51 AND OBSERVED A BLACK MALE SUBJECT I KNEW TO BE BILLY JEAN SEALES HOLDING DOWN A BLACK MALE SUBJECT I ALSO KNEW TO BE MICHAEL MCDOUGLE IN THE DOORWAY OF THIS RESIDENCE. I APPROACHED THE DOOR AND OBSERVED AS MCDOUGLE WAS MOANING AND MAKING UNUSUAL SOUNDS AS WELL AS SCREAMING. I ADVISED TO TURN ONTO HIS STOMACH AND DID NOT RESPOND. I THEN GRABBED HIS ARM WHILE MR. SEALES WAS STILL ON TOP OF HIM AND ATTEMPTED TO HANDCUFF HIM. MCDOUGLE THEN BEGAN TO STRUGGLE AS MYSELF AND MR. SEALES ATTEMPTED TO DETAIN HIM. MCDOUGLE SHOWED UNBELIEVABLE STRENGTH AGAINST MYSELF AND MR. SEALES. SCUFFLE CONTINUED AND I ADVISED MR. SEALES TO " WATCH BACK". AT THIS TIME I TAZED MR. MCDOUGLE CENTER MASS WHICH APPEARED TO HAVE NO AFFECT ON HIM. HE BEGAN TO TRY AND GET UP AT WHICH TIME I AGAIN ATTEMPTED TO DETAIN HIM AS HE RESISTED. STRUGGLE CONTINUED ON AS MR. MCDOUGLE GRABBED AT ME AND ATTEMPTED TO BIT ME AND I LET HIM GO. WE ENDED OFF THE PORCH AREA ONTO THE GROUND. I THEN LAID ON TOP OF MCDOUGLE AND ASKED MR. SEALES TO FIND MY RADIO. I THEN ADVISED DISPATCH THAT I NEEDED HELP. I CONTINUED TO LAY ON TOP OF MCDOUGLE UNTIL BACKUP ARRIVED. WHILE LAYING THERE MCOUGLE APPEARED NOT TO BE HIMSELF AND WAS NOT TALKING CLEARLY AND COULD NOT BE UNDERSTOOD. CONTINUED TO MOAN AND GROWL. EYES APPEARED TO BE DILATED AND HAD A BLANK STARE. OFFICER CROCKETT ARRIVED MINUTES LATER AT WHICH TIME HE GRABBED ONE ARM AND I GRABBED THE OTHER AND HAD ASSISTANCE FROM MR. SEALES IN HANDCUFFING HIM. AFTER BEING HANDCUFFED MCDOULGE DID NOT STRUGGLE OR RESIST BUT CONTINUED TO MOAN AND GROWL. OTHER OFFICERS ARRIVED AFTER MCDOUGLE WAS IN CUSTODY AND OBSERVED HIM AS WELL. I'VE HAD DEALING

| | | | Case Number |
|---|---|---|---|
| | INCIDENT AND CRIME REPORT<br>Continuation Sheet | | 20142188 |
| Philadelphia Police Department | | | Page Number |
| 523 Main Street<br>Philadelphia, MS 39350 | | | 2 |

| Code Section | Crime<br>BURGLARY, B&E | Classification<br>CRIMES AGAINST THE CRIMINAL JUSTICE | Report Area<br>PHILADELPHIA |
|---|---|---|---|
| Victims Name-Last, First, Middle (Firm if Business) | | Residence Address | Res. Phone |

WITH MR. MCDOUGLE ON SEVERAL OCCASIONS AND HAVE NEVER SEEN HIM IN THIS MANNER. I DID OBSERVED AN ODOR OF AN INTOXICATING BEVERAGE COMING FROM HIS BREATH THROUGHOUT THE ORDEAL BUT IN MY OPINION WAS MORE THAN JUST ALCOHOL THAT CAUSED MR. MCDOUGLE TO REACT IN THIS WAY. HE WAS THEN PLACED INTO A PATROL CAR AND OFFICER CROCKETT TRANSPORTED HIM TO THE JAIL ONE BLOCK AWAY. I NOTIFIED DET. MOORE AND ADVISED HIM OF THE DETAILS. HE ADVISED TO PUT A HOLD ON MCDOUGLE AND CHARGE HIM WITH B&E. ONCE AT THE JAIL HE WAS STILL NOT HIMSELF AND HAD TO BE CARRIED INTO THE JAIL. MYSELF AND OFFICER RAY CARRIED HIM INTO THE JAIL AND STRAIGHT INTO ISOLATION. RAY STATED THAT MCDOUGLE SHOULD BE CHECKED BY EMS. EMS UNITS WERE ALREADY IN ROUTE TO THE JAIL TO CHECK ON AN SUBJECT IN AN UNRELATED CASE. WHILE CHECKING HIM I DID OBSERVED MCDOUGLE TELL EMS HIS NAME WHEN THEY ASKED BUT THAT WAS ALL I COULD UNDERSTAND. AFTER CHECKING THAT SUBJECT EMS UNITS DID GO INTO ISOLATION AND CHECK ON MR. MCDOUGLE. BASED ON WHAT I GATHERED HE WAS OK TO REMAIN AT THE JAIL AND WERE ADVISED BY EMS PERSONNEL TO KEEP A WATCH ON HIM AND CALL BACK IF NEEDED. BEFORE LEAVING THE MCDOUGLE WAS LYING ON THE FLOOR IN ISOLATION. AT THIS TIME HE WAS CHARGED WITH DISORDERLY CONDUCT, RESISTING ARREST, AND B&E. END OF REPORT.

- End of Report -

FOR OFFICIAL USE ONLY

CrimeSoft

ON 11-1-2014 , I OFFICER BRAD CROCKETT WAS TARAVLING ON ST. FRANCIS DR. WHEN DISPATCH ADVISED THAT THEIR WAS AND B&E INVOLED ON 285 WEST ATKINS. AT THAT TIME OFFICER LYONS CAME ON THE RADIO, WHOM WAS ALREADY ON SCENE, REQUESTING ASSISTANTS TO THAT RESIDENCE .UPON ARRIVAL I NOTICE OFFICER LYONS LAYING ON A SUBJECT BY THE NAME MICHEAL MCDOUGLE. AT THAT TIME OFFICER LYONS TOLD ME TO GRAB HIS ARM SO THAT WE CAN GET HIM CUFFS. AT THAT TIME I GRABBED HIS ARM AND ASSITED OFFICER LYONS AND BILLY SEALES IN CUFFING MR. MCDOUGLE. MR. MCDOUGLE JUST LAID THEIR WITH HIS EYS OPEN AND APPEARED TO BE DILATED AND WITH HIS MOUTH OPEN MOANING AND GROWNING. WE THEN PICKED HIM UP AND CARRIED HIM TO THE PATROL CAR AND PLACED HIM INSIDE AND I TRANPORTED HIM TO THE NESHOBA CO JAIL. AFTER ARRIVING AT THE JAIL WITH MR.MCDOUGLE HAD TO BE CARRIED BECAUSE HE WAS NOT ABLE TO WALK. AFTER GETTING MR.MCDOUGLE IN THE JAIL EMS UNIT WAS ALREADY IN ROUTE TO THE JAIL TO CHECK ON ANOTHER SUBJECT IN AN UNRELATED CASE. EMS DID CHECK MCDOUGLE AS WELL. WHILE CHECKING HIM I DID OBSERVE MCDOUGLE TELLING EMS HIS NAME WHEN THEY ASKED BUT THAT'S ALL I COULD UNDERSTAND. AFTER EMS GOT DONE CHECKING HIM EMS ADVISED THEM TO KEEP AND WATCH HIM AND CALL BACK IF NEEDED. BEFORE LEAVING THE JAIL MCDOUGLE WAS LYING ON A MAT IN THE CELL. END OF REPORT.

*[signature: Brad Crockett #63]*
BRAD CROCKETT

In regards to case number 20142188 on 11/01/2014 at 2147 hrs, I Officer Pope was in the area of Hospital St. and Range Ave. due to another incident happening at the time. During this time it was reported that a B&E was in progress on West Atkins and the owner of the residence was holding the subject down while waiting for the police to arrive. I then began to proceed to West Atkins. I then heard Sergeant Lyons arrive on scene and a few moments later Sergeant Lyons began to call for help several times. When I arrived on scene I observed a black male subject on the ground and he had been detained. The subject was identified as a Mr. Michael Mcdougle. Mr. Mcdougle appeared to be very intoxicated and was staring blankly at his surroundings while he was grunting and yelling. At this time Mr. Mcdougle was transported to the Neshoba County Jail by an Officer Crockett and was taken directly into isolation by Sergeant Lyons and Sergeant Ray and laid him on a mat and blanket. EMS had been dispatched to the jail due to an unrelated incident. While there, EMS checked Mr. Mcdougle to determine if he needed medical treatment. At the time Mr. Mcdougle was responsive to EMS and answered a few of their questions. EMS stated that at the time Mr. Mcdougle appeared to be fine and to just watch him and if he needed treatment to just call EMS and they would respond back to the jail. Several hours later, around 0130 hrs, Sergeant Ray and I went to the jail due to serving a warrant. While there I observed Mr. Mcdougle in isolation. Mr. Mcdougle appeared to be responsive. Mr. Mcdougle stated that he needed water and I stated to the jailer what Mr. Mcdougle was requesting. The jailer stated that they had given him water and it was in the cell in front of him. I then told Mr. Mcdougle where his water was inside isolation and at this time Sergeant Ray and I then left the jail. End of report.

Officer Brandon C. Pope

On the date of 11/1/2014 I Josh Ray was at the Neshoba Co. hospital looking for a subject that had walked out of the emergency room before he was released. While looking for the subject I heard a call come out of a B&E in progress on West Atkins St. I then heard Officer Lyons ask if the residence was closer to Lewis Ave. and dispatch advised it was. While I was headed to the call I heard Officer Lyons call for help multiple times. When I arrived at the residence I seen Officer Lyons, Officer Pope and Officer Crockett standing in the yard. I walked over to where they were standing and noticed a black male laying on the ground handcuffed. I asked if anyone knew who the subject was and Officer Lyons stated that he thought his name was Micheal Mcdougle. I noticed that the subject on the ground appeared to very intoxicated and belligerent. We then decided to transport the subject to the Neshoba County jail and have the ambulance come over there and check him out. We then carried the subject to Officer Crocketts patrol car and laid him across the back seat. Officer Crockett then transported him to the jail I followed behind him. When we arrived at jail myself and Officer Lyons carried the subject into the jail and placed him in isolation on his mat and blanket. A few minutes later the ambulance pulled up at the jail on an unrelated matter and I asked them while they were there if they could look at the subject that we had brought in and placed in isolation and they stated to me that they would. The ambulance crew check on him and took his vital signs and was asking Mr. Mcdougle some questions and he answered a few of there questions. They stated to us that they believed that he would be alright and that if anything changed with him to call them back. Myself and Officer Pope was at the jail at around 01:15 A.M. and looked in on Mr. Mcdougle and he was talking and asking for glass of water. Officer Pope advised him that there was a glass of water that had been placed inside the cell with him.

Josh Ray Pd. 91

Exhibit A-4