# Neshoba County Jail

# Officer Reports

1. Amanda Monk
2. Harvey Hickman
3. Evelyn McBeath
4. Burton O'Berry
5. Jamie Hutcheson

# EXHIBIT "B"

NESHOBA COUNTY JAIL
920 CHESTNUT STREET
PHILADELPHIA MS 39350

(1)

# INCIDENT REPORT

REPORT PREPARED BY: **Officer Amanda Monk**   DATE OF REPORT: **11-4-14**

NAMES OF PERSONS INVOLVED IN INCIDENT: 1. **Michael McDougle** 2. **Eric Lyons** 3. **Brad Crockett** 4. **Joshua Ray** 5. **Brandon Pope** 6. **EMS**

GIVE DETAILS OF INCIDENT

On Saturday November 1st 2014 @ on around 2200, (10:00pm), I ofc. Monk was sitting in booking, when philadelphia police officer Joshua Ray came to the back door and asked if Isolation was open that they had one on the way that needed to be placed there. I, ofc. Monk, moved the current inmate, (Jason Morrow) out of Isolation to detox 1 and had the trustees bring a fresh mat and blanket for the one coming. Soon, afterwards there was several police cars coming in under the sally port and ofc. Josh Ray and ofc. Eric Lyons was holding Mr.

(please print or type) USE ADDITIONAL SHEET IF NEEDED

LIST ANY CORRECTIVE ACTION OR NECESSARY ACTION TO END THE INCIDENT

EMS did check on Michael McDougle, and stated he was fine!

SIGNATURE OF PERSON MAKING REPORT: **Amanda Monk**   Date **11-4-2014**

REPORT SUBMITTED TO: **Jimmy Reid**   DATE **11-4-2014**
**Tommy G. Waddell**

Exhibit B-1

INCIDENT REPORT ADDITIONAL SHEET

Michael Mcdougle, one in each arm, taking him to Isolation. The officers did search Mr. Michael Mcdougle, while they was in there. Officers, also stated that prior to being brought in, that Mcdougle had been tazed, because of his behavior, when they had gotten on scene. Michael Mcdougle did appear to look as though he was under the influence of something, He wasn't speaking and he wasn't walking, only making loud growling noises. I was unable to aquire any information from him, because of this matter. (OR picture). I'm guessing around (2300-2230) Ems had showed up here responding to another subject by the name of (JASON MORROW) that MHP had called on. After Ems looked at Mr. Morrow they were getting ready to leave, when officer Eric Lyons asked them to please have a look at Mr. Michael Mcdougle. Ems, then went into isolation talked with Mr. Mcdougle, what little she could get out of him Ems (Brandi Wyatt), She checked his blood sugar, pulse, She asked if he had taken anything on drugs etc, if so let her know, and She'd get him some help. He stated what are you talking about? Ems then took his long sleeved shirt off searching for track marks, and they stated that he was fine. Then all officers and Ems left.

NAME AND DATE ON FRONT PAGE: Amanda Monk          DATE: 11-4-2014

REPORTED BY: Amanda Monk

NESHOBA COUNTY JAIL
920 CHESTNUT STREET
PHILADELPHIA MS 39350

INCIDENT REPORT

REPORT PREPARED BY: Ofc Harvey Hickmon  DATE OF REPORT _____

NAMES OF PERSONS INVOLVED IN INCIDENT: 1. Michael McDougle
3. Ofc Hutchinson  4. Ofc O'Berry  5. _____

GIVE DETAILS OF INCIDENT

11-2-14 I ofc. Hickmon came in to work a 3: Am an Michael McDougle was in Isolation an arround 4:00-4:30 Michael McDougle said he was thirst so I gave him some Warter. I went to clean up. Came down at 7:30 to get breakfast when open Isolation door he was laying on his back an Said to ofc Huthinson an O'Berry Michael McDougle did'nt look like he was breating an O'Berry an Huthinson Checks him an we Call the City an Emt, an they came an Check Micheal an Said he was dead.

(please print or type) USE ADDITIONAL SHEET IF NEEDED
LIST ANY CORRECTIVE ACTION OR NECESSARY ACTION TO END THE INCIDENT

SIGNATURE OF PERSON MAKING REPORT: Harvey Hickmon  DATE ____
REPORT SUBMITTED TO: _____  DATE ____

Exhibit B-2

NESHOBA COUNTY JAIL
920 CHESTNUT STREET
PHILADELPHIA MS 39350

INCIDENT REPORT

REPORT PREPARED BY: Evelyn McBeath          DATE OF REPORT 11-2-14

NAMES OF PERSONS INVOLVED IN INCIDENT: 1. Michael McDougle
2. _____ 3. _____ 4. _____ 5. _____ 6. _____

GIVE DETAILS OF INCIDENT

On November 2, 2014 Michael McDougle was in Isolation. Michael McDougle asked OFC Hickman for some water between 0400 and 0430. I OFC McBeath told Michael McDougle that OFC Hickman was coming with the water. At 0230 Hutchinson came to Control Room were I OFC McBeath was and stated that Michael McDougle didn't look good.

(please print or type) USE ADDITIONAL SHEET IF NEEDED

LIST ANY CORRECTIVE ACTION OR NECESSARY ACTION TO END THE PROBLEM

SIGNATURE OF PERSON MAKING REPORT: Evelyn McBeath   Date 11-2-14
REPORT SUBMITTED TO: Jimmy Reid              DATE 11-2-14

Exhibit B-3

INCIDENT REPORT ADDITIONAL SHEET

then I OFC McBeath went down to Booking to check on Michael McDougle IN Isolation, When I OFC McBeath seen him his skin was white looking and wasn't breathing.

NAME AND DATE ON FRONT PAGE Michael McDougle   DATE 11-2-14

REPORTED BY Evelyn McBeath

NESHOBA COUNTY JAIL
920 CHESTNUT STREET
PHILADELPHIA, MS 39350

INCIDENT REPORT

REPORT PREPARED BY: OFC Burton E. O'Berry  DATE OF REPORT: 11-2-14

NAMES OF PERSONS INVOLVED IN INCIDENT: OFC O'Berry, OFC Hickmon & OFC Hutchinson

GIVE DETAILS OF INCIDENT

At 0705, I checked on inmates in Detox 1, 2, & isolation. At Approx. 0730 OFC Hickmon & myself started passing out breakfast plates. When we went into isolation, OFC Hickmon said that it didn't appear like inmate was breathing, so I checked his pulse and heartbeat and couldn't find either one. So that's when we called the EMT's.

(please print or type) USE ADDITIONAL SHEET IF NEEDED

LIST ANY CORRECTIVE ACTION OR NECESSARY ACTION TO END THE INCIDENT

SIGNATURE OF PERSON MAKING REPORT: Burton E. O'Berry  Date: 11-2-14

REPORT SUBMITTED TO: _____ DATE _____

Exhibit B-4

NESHOBA COUNTY JAIL
920 CHESTNUT STREET
PHILADELPHIA MS 39350

INCIDENT REPORT

REPORT PREPARED BY: Jamie Hutchinson            DATE OF REPORT 11-2-14

NAMES OF PERSONS INVOLVED IN INCIDENT: 1. Jamie Hutchinson 2. Burt O'ben
3. Harvey Hickman 4. Michael McDoogle 5. ___ 6. ___

GIVE DETAILS OF INCIDENT

On November 2, 2014 at approximiatly 0720 hours I officer Jamie Hutchinson looked in Isolation cell where Inmate Michael McDoogle was housed. I observed him lying on the floor with his face up like he was pass out, so I ofc Hutchinson continued on outside to receive Breakfast and observe it being unloaded. After Breakfast was loaded and brought into Booking and Officer Harvey Hickman said he was go pass out breakfast and I told him OK. Ofc Hickman began to pass out breakfast to

(please print or type) USE ADDITIONAL SHEET IF NEEDED

LIST ANY CORRECTIVE ACTION OR NECESSARY ACTION TO END THE INCIDENT

_____

_____

SIGNATURE OF PERSON MAKING REPORT: Jamie Hutch___         Date 11-2-14
REPORT SUBMITTED TO: Jail Administrator Jimmy  DATE 11-2-14
                                         Rec'd

Exhibit B-5

INCIDENT REPORT ADDITIONAL SHEET

the inmates in Detox 1, Detox 2 and when he got to Isolation Cell and called for it to open Inmate McDougle was lying on the floor face up not moving he called his name he didn't move I ofc Hutchinson and Officer Burt O'berry to see about him Ofc Hickman said he don't look like he breathing. I couldn't see him breathing so I bent down to see if I could see the rise and fall of his chest and it wasn't moving. Ofc O'berry reached and touched his left arm and said "This son of a gun is cold" he checked his pulse on his arm and couldn't find one he then checked on his neck for a pulse and still couldn't find one I observed Ofc O'berry move his eyelids and his eyes were glassed over. I then got up and went to the phone and called Jail Administrator Jimmy Reid to tell him and he said call an ambulance. Ofc Hickman called the Philadelphia Police Department to ask them to send an officer about the situation and also he had been brought to jail by the Police Department. After I called Mr. Reid I called communications and told them to send an ambulance to the jail they asked what was wrong, I told them we had an unresponsive inmate, she said ok and hung up. I then got the breakfast cart and proceeded onto grounds door to feed the inmates After feeding the inmates is more

NAME AND DATE ON FRONT PAGE_____   DATE_____

REPORTED BY:_____

INCIDENT REPORT ADDITIONAL SHEET

I went onto the back to feed the other inmates. When I got to the back I went to control and advised Officer Evelyn McBeath of what was going on she said let me go down there. I Ofc Hutchinson sat in control at approximately 0743. the P.D officers arrived and came into booking. At 0745 hours the Fire Department arrived and came into booking at 0747 hours EMS arrived on the sallyport. At approximately 0749 hours Ofc O'Berry relieved I Ofc Hutchinson in control so that I could pass out breakfast after passing it out to the men and women I went back into control. At approximately 0811 hours Coroner Allen Collins, Sheriff Tommy Waddell and Chief of Police Grant Myers arrives into Booking at approximately 0815 hou Ralph Sciple enters into booking.

NAME AND DATE ON FRONT PAGE                DATE 11-2-14

REPORTED BY: Jamie Hutchinson