# *MISSISSIPPI BUREAU OF INVESTIGATION*
# *INCIDENT REPORT*




DATE NOTIFIED: 2 NOV 2014 TIME: 0823

REQUESTED BY: NESHOBA COUNTY DEP SHERIFF RALPH SCIPLE

TYPE OF INCIDENT: DEATH INVESTIGATION

DATE OF INCIDENT: 2 NOV 2014 TIME: APPROX. 0700

LOCATION OF INCIDENT: NESHOBA COUNTY JAIL

NAME OF PERSON CHARGED/ARRESTED:

(1) Name: MICHAEL D McDOUGLE Race: B Sex: M DOB: 1985 SSN:

(2)

(3)

---

**SYNOPSIS:** McDOUGLE ARRESTED BY PHILADELPHIA PD ON 1 NOV 2014 AT APPROX. 2200 FOR BREAKING & ENTERING, RESISTING ARREST & DISORDERLY CONDUCT. NESHOBA COUNTY JAILERS FOUND McDOUGLE UNRESPONSIVE ON 2 NOV 2014 DURING BREAKFAST MEAL.
McDOUGLE SENT TO MISSISSIPPI CRIME LAB MORTUARY FOR AUTOPSY.

DATE: 2 NOV 2014 TIME: 1100 ***B-26 J Lee***

Exhibit F



# MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY

[ ] CRIME REPORT [ ] INCIDENT REPORT [ ] WARRANT

CASE NUMBER: 14-00000563

STATISTICAL CATEGORY: AG CRIME NARCOTICS GANG HATE CRIME DOMESTIC JUVENILE CORRECTIONS OTHER

| SECTION | DEFINITION | FELONY/MISD | TYPE |
|---|---|---|---|
| | DEATH INVESTIGATION | | 11-11-111 |

| LOCATION OF OCCURRENCE | BEAT | PROPERTY LOSS & PROPERTY DAMAGE |
|---|---|---|
| 938 CHESTNUT ST , PHILADELPHIA | 6 | |

| DATE OCC. FROM: TO: | TIME OCC. FROM: TO: | DAY OCC. | DATE / TIME DISP. | TIME ARR | TIME COMP |
|---|---|---|---|---|---|
| 11/02/2014 - 11/02/2014 | 05:00 - 07:30 | SUNDAY | 11/02/2014 07:30 | | |

**VICTIM**

| CODE | NAME (LAST, FIRST, MIDDLE FIRM IF BUSINESS | DATE OF BIRTH | SEX | RACE |
|---|---|---|---|---|
| OTH | MCDOUGLE, BRITTNEY | /1994 | F | W |

| RESIDENCE ADDRESS | OCCUPATION / BUS ADDRESS | RESIDENCE PHONE |
|---|---|---|
| 285 W ATKINS ST APT. B, PHILADELPHIA | | |

| CODE | NAME (LAST, FIRST MIDDLE FIRM IF BUSINESS | DATE OF BIRTH | SEX | RACE |
|---|---|---|---|---|
| OTH | MCDOUGLE, MICHAEL | 1954 | M | B |

| RESIDENCE ADDRESS | OCCUPATION / BUS ADDRESS | RESIDENCE PHONE |
|---|---|---|
| 901 GUM ST , PHILADELPHIA | | (601)781-1177 |

**SUSPECT**

| CODE | NAME (LAST, FIRST MIDDLE | AKA'S | SEX | RACE |
|---|---|---|---|---|
| S1 | MCDOUGLE, MICHAEL | | M | B |

| HGT. | WGT | EYES | HAIR | HAIR STYLE | DATE OF BIRTH | DL / SS NUMBER | ARR / CITE |
|---|---|---|---|---|---|---|---|
| 505 | 140 | BRO | | | 06/14/1985 | | |

| ADDRESS / POSSIBLE LOCATION | RESIDENCE PHONE |
|---|---|
| 285 W ATKINS ST APT. B, PHILADELPHIA | |

| CODE | NAME (LAST, FIRST MIDDLE | AKA'S | SEX | RACE |
|---|---|---|---|---|
| | | | | |

| HGT. | WGT | EYES | HAIR | HAIR STYLE | DATE OF BIRTH | DL / SS NUMBER | ARR / CITE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ADDRESS / POSSIBLE LOCATION | RESIDENCE PHONE |
|---|---|
| | |

**VEHICLE**

| VIC [ ] SUS. [ ] | YEAR | MAKE | MODEL | COLOR | STYLE | LICENSE | STATE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| NAME OF R / O VIC - SUS | ADDRESS OF R / O VIC - SUS |
|---|---|
| | |

OTHER VEHICLE INFORMATION

| ODOR OF ALCOHOL | ABLE TO CARE FOR SELF | SPEECH | CLOTHING | BALANCE | ATTITUDE |
|---|---|---|---|---|---|
| YES NO | YES NO | [ ] NORMAL<br>[ ] SLURRED<br>[ ] INCOHERENT | [ ] NORMAL<br>[ ] SOILED<br>[ ] DISARRANGED | [ ] GOOD<br>[ ] POOR<br>[ ] UNSTEADY | [ ] COOPERATIVE<br>[ ] ANTAGONISTIC<br>[ ] ANGRY |

NARRATIVE

B14-0563

NESHOBA COUNTY JAIL

On 1 NOV 2014 at approx. 2200 hours, Michael DeAngelo McDougle was arrested by Philadelphia Police Department officers for breaking & entering, resisting arrest, and disorderly conduct.

VICTIM OF VIOLENT CRIME NOTIFICATION MADE? YES NO

CASE STATUS [X] ACTIVE [ ] INACTIVE [ ] CLOSED [ ] UNFOUNDED NON-PROS Y - N

NEWS REL Y - N | COPIES TO: DET PAT D/A JUV CPS OTHER | SUP-RESP Y - N | LAB RESP Y - N | DET RESP Y - N

| REPORTING AGENT | ID # | DATE / TIME | REVIEWED BY: | DATE |
|---|---|---|---|---|
| LEE, JEROME | L5486 | 11/02/2014 | | |

MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY

**Narrative**

CASE NUMBER 14-00000563

*McDougle was taken to the Neshoba County Jail and placed into the isolation cell due to the suspects resistance to his arrest at Billy Seale' residence at 243 West Atkins Street.*

*EMT's were at the jail and checked the condition of McDougle and it was deemed unnecessary to transport McDougle.*

*On 2 NOV 2014 at 0357 hours, Neshoba County Jailer Harvey Hickman took a glass of water to McDougle after McDougle requested something to drink.*

*Around 0715, as breakfast was being served, McDougle was found unresponsive in his cell lying near the door. An ambulance was called and responding EMT Kevin Fredricks advised McDougle was deceased at approx. 0743 hours.*

*Neshoba County Jail Administrator Jimmy Read and Sheriff Waddell were notified and came to the scene.*

*Mississippi Bureau of Investigation Lt. Eric Johnson was called by Neshoba County Deputy Sheriff Ralph Sciple and advised of the situation.*

*Lt Johnson notified Special Agent Jerome Lee of the incident and Lee contacted Sciple by cellphone and drove to the Neshoba County Jail in Philadelphia for further investigation.*

*After Lee arrived at the jail, Lee spoke to Philadelphia Police Chief Grant Myers and received information from Deputy Sciple. Lee started taking photographs and getting preliminary information concerning the circumstances of the deceased subject, Michael Deangelo McDougle.*

*Sheriff Waddell asked Lee if the father, Michael W McDougle, could look at his son in the jail cell. The father was allowed to come back into the jail area where Neshoba County Coroner Allen Collins advised the father that McDougle could look at his son but to not touch his son. Agent Lee observed the father as he was in the cell. The father kneeled next to his son and cried for a short period of time and got up and left to speak more to the Sheriff. Lee obtained jail booking sheets and requested a copy of jail video surrounding the McDougle arrest and incarceration.*

*Lee took photographs of the body and surrounding jail areas & assisted the Coroner with placing the deceased into a body bag.*

*Lee met with the wife of the deceased, Mrs Brittney Michelle McDougle, along with the father, Michael W McDougle and released a money order and 8.00 in cash from the deceased to the wife and had the wife sign a receipt for the released items. While Lee and Sheriff Waddell spoke to Brittney McDougle and the McDougle father, Brittney stated that her husband, Michael McDougle had taken spice, crack, & crystal meth prior to his arrest. The father got upset and told Brittney to shut the hell up and stated that he was ready to leave. The family members left the jail. Lee talked to some people outside and asked them to get the McDougle father to come back to the jail to talk some more. Afterwards, McDougle returned and stated that he had gone and spoken to the man that owned the house that was supposedly broken into (Billy Seales) & Michael W McDougle stated that Billy Seales told him that the house was not broken into and that his son had knocked on the door and then entered the house and that the Philadelphia Police were making up charges against his son.*

*Funeral home personnel was contacted by Collins to take possession of the remains and to transport McDougle to the Mississippi Crime Lab Mortuary in Jackson for autopsy.*

*Lee rode with Philadelphia Police Chief Grant Myers to Billy Seales residence at 243 West Atkins Street in Philadelphia. Philadelphia Police Detective Fredesz Moore drove to the residence also. Seales stated that McDougle was hollering and acting crazy and broke through this door and Seales threw McDougle to the ground and held him till police arrived. Seales stated after he got up off McDougle, Officer Lyons tried to handcuff McDougle when the fight started. Seales assisted Lyons by holding McDougle and Polly Jean got Lyons handcuffs and radio and gave to Officer Lyons.*



MISSISSIPPI DEPARTMENT OF PUBLIC SAFETY

**Narrative**

CASE NUMBER 14-00000563

*Lee & Moore collected a barb from the tazer in the front yard of Seales residence and placed it into an evidence bag.*

*Lee, Myers, & Moore drove back to the police department to meet with Officer Lyons to get his statement. Lee met with arresting Philadelphia Police officer Eric Lyons and obtained a verbal statement from Lyons. Lee also requested written statements from all officers involved in the arrest of Michael D McDougle. Lyons statement was consistent with statements from the Seales residence and from jailers from the Neshoba County Jail.*

*No video concerning this arrest was available from the Philadelphia Police Department. No department vehicles had a operating video camera.*

*Lee requested a audio tape of the 911 call from Neshoba 911 dispatch about the initial complaint call from Neshoba Dispatch Center Director Jeff Mayo.*

*Lee drove to Jackson on 3 NOV 2014 @ 0800 and met with Mortuary personnel to witness the autopsy of Michael D McDougle.*

---

*Special Agent Jerome Lee*

*Mississippi Bureau of Investigation*

# MISSISSIPPI CRIME LABORATORY
EVIDENCE SUBMISSION FORM

**Main Laboratory**
1700 E Woodrow Wilson
Jackson, MS 39216



**Crime Lab Case # 14-020683**

**Agency Case #** NESHOBA COUNTY CMEI 14-1235
MS STATE MEDICAL EXAMINER 14-1235
MBI B14-0563

**Submitting Officer** Jerome Lee
**Submitting Agency** MBI
**Address** Mississippi Department of Public Safety
P.O. Box 958
Jackson, MS 39205
**Phone #**

**Individuals:** Michael Deangelo McDougle, (V)
**Offense:** DEATH INVESTIGATION **County:** Neshoba

**Evidence Submitted**

002 **One sealed brown paper bag labeled "1-Black & Gray Cloth Belt. 1-Gray XXL Shirt with Possible Blood Stains".**

| Section | Service |
|---|---|
| BIOSCIENCE/DNA (MERIDIAN) | Serological Examinations (M) |

*Notes:*
*Examine Submission 002 for blood.*

Requesting Officer: Jerome Lee

003 **One sealed brown paper bag labeled "2-Multi Color Socks. 1-Pair of Urban Pipeline Jeans Size 34-30".**

| Section | Service |
|---|---|
| No Service Requested | |

004 **One sealed brown paper bag labeled "McDougle, Michael D. Clothing".**

| Section | Service |
|---|---|
| No Service Requested | |

005 **One sealed brown paper bag labeled "1-Pair of Tennis Shoes".**

| Section | Service |
|---|---|
| No Service Requested | |

Del. By Initials: JL

Rec. By Initials: [illegible]

# MISSISSIPPI CRIME LABORATORY

EVIDENCE SUBMISSION FORM

**Main Laboratory**
1700 E Woodrow Wilson
Jackson, MS 39216

**Crime Lab Case # 14-020683**



**Agency Case #**

| | |
|---|---|
| NESHOBA COUNTY CMEI | 14-1235 |
| MS STATE MEDICAL EXAMINER | 14-1235 |
| MBI | B14-0563 |

**Submitting Officer** Jerome Lee

**Submitting Agency** MBI

**Address** Mississippi Department of Public Safety
P.O. Box 958
Jackson, MS 39205

**Phone #**

**Evidence Submitted (Continued)**

006 **One heat sealed plastic bag containing a sealed brown paper bag labeled "2-Styrofoam Cups. 1-Peice of Styrofoam Cup"**

| Section | Service |
|---|---|
| DRUG ANALYSIS (MERIDIAN) | Examination for Controlled Substances (M) |

*Notes:*
*Examine for the presence of a controlled substance(s).*

Requesting Officer: Jerome Lee

**Delivered By Signature** Jerome Lee

**Received by Signature** Phillip Bridges

**Date** **Time**
11/3/2014 10:32:44AM