# NESHOBA COUNTY EMS

**INCIDENT LOCATION:** Neshoba County Jail
**TRANSPORTED TO:** Refusal
**PATIENT LAST NAME:** McDougle
**FIRST:** Michael
**M.I.:** D
**PHONE:** —
**AGE:** 24
**DOB:** 7/9/85
**SEX:** M
**STREET ADDRESS:** 901 Curn Street
**INCIDENT #:** 1111-91204
**TODAY'S DATE:** —
**CITY:** Philadelphia
**STATE:** MS
**ZIP:** —
**SER:** 1-1015/012
**Approx Incident Time:** —
**Call Received:** —
**Amb. Dispatched:** —
**Amb. Enroute:** 2217
**Amb. Arrived Scene:** 2222
**Amb. Depart Scene:** 2241

**DESTINATION CHOSEN BY:** Patient, Police
**STATUS AT DEST.:** —
**MED CONTROL:** Protocol
**RACE:** Black

**PRIOR MEDICAL HX:** Other (checked)
**PATIENT PROTECTION (MVC):** Was Seatbelt Automatic? Yes
**PATIENT LOCATION:** (none marked clearly)
**CURRENT MEDS:** unknown
**SKIN CONDITION:** W, D (Warm, Dry)
**CAP REFILL:** <2 sec
**RESP EXPN:** Normal
**PUPILS:** L-N R-N
**ALLERGIES:** unknown

**BEGINNING MILES:** 0.0
**ENDING MILES:** 3.1

| TIME (24hr) | B/P | P | R | O2 sat | ECG |
|---|---|---|---|---|---|
| 2230 | | 92 | 22 | | |

**EMS PERSONNEL:**
Driver: —
Attendant #1: Brandi Wyatt
Attendant #2: Derek Moore

| TIME (24hr) | AID GIVEN | S | U | # of ATMP | EMP # |
|---|---|---|---|---|---|
| 2230 | BG check – BGL-128 | | | | |

**ALS ASSESSMENT:** NO
**Nature of Call:** Other – weakness
**Patient Found:** Supine on floor
**Why Was TX by Ambulance Medically Necessary?** Patient refused

**NARRATIVE:** (C) Other - weakness (H) While on scene for an inmate involved in an earlier MVA, officials and employees asked us to check on this inmate who was arrested and brought in approx 20 mins prior for breaking and entering a resident's home. Pt was located in the isolation room and found lying supine, fully clothed, on the floor. Officials stated he was tased prior to being brought to jail for being combative and were standing nearby in case he became combative again. Pt refused to give any medical history. Per officials and employees present, pt has an extensive hx of drug abuse. (A) Pt was mumbling to himself and refused to answer any medical questions. Pt did answer his name and other types of questions. Pupils were reactive to light. (R) BGL-128 Skin-warm, dry (See continued page)

Attd #1 Sig: Brandi Wyatt
Attd #2 Sig: Derek Moore
DEMS: 32780

**Glasgow Coma Scale:** Eye Opening 4, Verbal Response 5, Motor Response 6

Exhibit G

## CONTINUATION OF PATIENT CARE NOTES

UNIT # EMS 4   RUN NUMBER 32780   DATE 11-1-14   PAGE 2 OF 2

PATIENT NAME Michael McDougle   SSN ~~[redacted]~~

CONITUED FROM FRONT NARRATIVE PAGE:

Pulse normal @ 92, Respiration-22 and non-labored. Pt's shirt had a tear on the right side. No obvious DCAP-BTLS noted from entire body. (T) Patient would not express if he wanted to be transported or not. Asked officals if they wanted him transported. Officals steted they would watch him and let him sleep there until morning. Informed them to call us back at anytime if we were needed or if they became concerned about him. Pt left in care of officals and employees present.

PARAMEDIC SIGNATURE: Brandi C. Wyatt

DATE: 11-1-14

ATTACH ORIGINAL TO PATIENT CHART    GIVE COPY TO RECEIVING FACILITY

RM # 12273

# NESHOBA COUNTY EMS

**INCIDENT LOCATION:** Neshoba County Jail
**TRANSPORTED TO:** D.O.A.
**PATIENT LAST NAME:** McDougle **FIRST:** Michael **M.I.:** D
**PHONE:** — **AGE:** 29 **DOB:** 7/1985 **SEX:** M
**STREET ADDRESS:** 901 Gum Street
**INCIDENT#:** —
**TODAY'S DATE:** 1/1/2014 (1/11/2014)
**CITY:** Philadelphia **STATE:** MS **ZIP:** 39350
**ER:** -1015/012

**TO Scene:** E ☑ NE ☐ A ☐ B
**FR Scene:** E ☑ NE ☐ SPEC
**DRY RUN INFORMATION:** Pronounced (6)
**DESTINATION CHOSEN BY:** —
**STATUS AT DEST:** —
**MED CONTROL – ALS ONLY:** MD @ Scene
**RACE:** ☑ Black

**Amb. Enroute:** 07:36
**Amb. Arrived Scene:** 07:42
**Available:** 1000

**MECHANISM – Trauma Calls Only:** N/A
**PRIOR MEDICAL HX:** Unknown
**SKIN CONDITION:** D, C
**ECG:** Asystole
**B/P:** 0   **P:** 0   **R:** 0   **O2 sat:** N/A

**EMS PERSONNEL:**
Driver: D. Ivy
Attendant #1: K. Fadrick

**BEGINNING MILES:** 3.2
**ENDING MILES:** 5.2
**ALLERGIES:** unknown

**TIME (24hr):**
- 07:42 Cardiac monitor
- 07:43 Pronounced

**Dispatched Nature of Call/EMD Determinant:** Unresponsive
**Nature of Call @ Scene:** D.O.A.
**Patient Found:** lying supine on floor

**NARRATIVE:**
(C): D.O.A. (H): On scene with Philadelphia Fire, Jailer's, and Police officers, patient found lying supine on the floor, had on a tee shirt and a pair of boxer shorts, pair of shorts beside him, jailer's said he had been tazed for being combative prior to arriving at jail, also said he had a history of drug abuse, assessed by EMS around 2230 last seen alive around 4-4:30 this A.M. asking for water, jailers gave him some, found around 07:30 unresponsive, call for EMS. (A)- Apneic and pulseless, ECG- pulseless Asystole in 3 leads, pupils fixed, rigor mortis had started setting in the extremities, skin cold and dry, cyanotic. (R)- Cardiac Monitor; (T) Body left with coroner.

**GCS:** 1 + 1 + 1 = 3
**Total RTS:** 0

**DEMS:** 42741

12142408 3
12141556 0

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| BRITTNEY MCDOUGLE, ET AL. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:15-cv-350-CWR-FKB |
| NESHOBA COUNTY, MS, ET AL. | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Records Custodian -- Neshoba County Ambulance Enterprise, 1001 Holland Ave., Philadelphia, MS 39350

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Copies of any and all medical records, reports, test results, notes, correspondence, x-ray reports, x-rays and all films, insurance records (claims and correspondence), itemized bills, or other documents which in any way relate to Michael D. McDougle, DOB: XX/XX/1985. Please see the HIPAA certificate attached as Exhibit "A."

| Place: Daniel Coker Horton & Bell, P.A.<br>P.O. Box 1084<br>Jackson, MS 39215-1084 | Date and Time:<br>08/21/2015 10:00 am |
|---|---|

Bill + Qty

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached -- Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 08/06/2015

*CLERK OF COURT*

OR  /s/ Steven Griffin

_____  _____
*Signature of Clerk or Deputy Clerk*    *Attorney's Signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Neshoba County, MS and Sheriff Tommy Waddell_____, who issues or requests this subpoena, are:
Steven J. Griffin, Esq., P.O. Box 1084, Jackson, MS 39215-1084, sgriffin@danielcoker.com, 601-969-7607

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:15-cv-350-CWR-FKB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Records Custodian - Neshoba Co. Ambulance Enterprise
on *(date)* 8/10/15

☑ I served the subpoena by delivering a copy to the named person as follows: Dale Joynce - Director of the Neshoba Co. Ambulance Enterprise
on *(date)* 8/10/15 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ n/a

My fees are $ n/a for travel and $ n/a for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 8/10/15

*Server's signature*

Wade White Attorney
*Printed name and title*

501 Main St. Phila. MS 39350
*Server's address*

Additional information regarding attempted service, etc.:

**HIPAA CERTIFICATE:** This certifies that this subpoena has been issued in compliance with the Health Insurance Portability and Accountability Act of 1996 (HIPAA), Public Law 104-901 and 45CFR 164.512 (e)(1)(ii). The party issuing this subpoena has made a good faith attempt to provide written notice to the Plaintiff/Patient listed above by sending his/her attorney, a notice of the issuance of this subpoena which included sufficient information about the litigation to permit the Plaintiff/Patient to raise objection to the court or administrative tribunal.



EXHIBIT "A"