In the Matter of:

# MCDOUGLE
## vs.
# NESHOBA COUNTY, MS, et. al.

# MARY HELEN McDOUGLE

## July 5, 2016


**DTI Court Reporting Solutions**

311 South Wacker Drive, Suite 300, Chicago IL, 60606
312.386.2000 · Fax: 312.386.2275

EXHIBIT "B"

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION


BRITTNEY MCDOUGLE, INDIVIDUALLY, AND
ON BEHALF OF THE HEIRS AND WRONGFUL.
DEATH BENEFICIARIES OF MICHAEL D.
McDOUGLE, SR., DECEASED                    PLAINTIFF


VERSUS          CIVIL ACTION NO:3:15CV350-CWR-FKB


NESHOBA COUNTY, MS, SHERIFF TOMMY WADDELL,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES,
CITY OF PHILADELPHIA, MS, CHIEF GRANT MEYERS,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES,
AND OFFICERS BRAD CROCKETT, ERIC LOWNDES,
BRAD POE, AND "JOHN DOES 1-6", ALL IN THEIR
INDIVIDUAL AND OFFICIAL CAPACITIES   DEFENDANTS


*************************************************

DEPOSITION OF MARY HELEN McDOUGLE

*************************************************

APPEARANCES NOTED HEREIN


DATE: JULY 5, 2016
PLACE: LAW OFFICES OF MIKE WHITE
       501 MAIN STREET
    PHILADELPHIA, MISSISSIPPI
       TIME:  2:30 P.M.




REPORTED BY: DEBORAH H. NELSON
             CSR #1256

MARY HELEN McDOUGLE - 7/5/2016

Page 2

```
 1   APPEARANCES:

 2
         CARLOS E. MOORE, ESQUIRE
 3       Moore Law Group, PC
         Post Office Box 1487
 4       Grenada, MS  38902-1487
         Telephone:  662.227.9940
 5       Facsimile:  662.2271.9941
         carlos@carlosmoorelaw.com
 6

 7              COUNSEL FOR PLAINTIFF

 8

 9       STEVEN J. GRIFFIN, ESQUIRE
         Daniel, Coker, Horton & Bell, P.A.
10       Post Office Box 1084
         Jackson, MS  39215-1084
11       Telephone:  601.969.7607
         Facsimile:  601.969.1116
12       sgriffin@danielcoker.com

13

14          COUNSEL FOR DEFENDANT - WADDELL AND
                     NESHOBA COUNTY
15

16

17       D. JASON CHILDRESS, ESQUIRE
         Wise Carter Child & Caraway
18       Post Office Box 651
         Jackson, MS  39205-0651
19       Telephone:  601.718.8842
         Facsimile:  601.968.5593
20       djc@wisecarter.com

21              COUNSEL FOR DEFENDANT - CITY

22

23

24

25
```

MARY HELEN McDOUGLE - 7/5/2016

Page 3

```
 1      MARK P. CARAWAY, ESQUIRE
        Wise Carter Child & Caraway, P.A.
 2      Post Office Box 651
        Jackson, MS  39205-0651
 3      Telephone:  601.718.8842
        Facsimile:  601.968.5593
 4      mpc@wisecarter.com

 5

 6      COUNSEL FOR DEFENDANT - NESHOBA GENERAL

 7

 8  OTHERS PRESENT:

 9
    Ms. Brittney McDougle
10
```

```
 1       A    No.
 2       Q    Did he say what he had planned on doing
 3  that day?
 4       A    No, he didn't.
 5       Q    How long did he stay at your house?
 6       A    Probably an hour, hour and a half.  Me and
 7  him always sit around on the porch and talk.  You
 8  know.  We talk about the grandkids.  We talk about
 9  what we're going to do and this here and that there.
10  So he's always there.
11       Q    Do you remember what you talked about that
12  day?
13       A    No, I don't.
14       Q    Okay.  Is that something you would do on a
15  regular basis?
16       A    Yes.
17       Q    Every day?
18       A    Every day.
19       Q    Did he have a job at the time that -- uh
20  -- at the time of his death?
21       A    He was keeping the kids while Brittney
22  worked, because she didn't want to pay a babysitter.
23  She said that he wasn't working, he could keep the
24  kids.  So that's what he did.
25       Q    Did you ever keep the kids?
```