In the Matter of:

# MCDOUGLE
## vs.
# NESHOBA COUNTY, MS, et. al.

# MICHAEL W. MCDOUGLE

## July 5, 2016



**Court Reporting Solutions**

311 South Wacker Drive, Suite 300, Chicago IL, 60606
312.386.2000 - Fax: 312.386.2275

EXHIBIT "C"

MICHAEL W. MCDOUGLE - 7/5/2016

Page 1

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION


BRITTNEY MCDOUGLE, INDIVIDUALLY, AND
ON BEHALF OF THE HEIRS AND WRONGFUL.
DEATH BENEFICIARIES OF MICHAEL D.
McDOUGLE, SR., DECEASED          PLAINTIFF


VERSUS          CIVIL ACTION NO:3:15CV350-CWR-FKB


NESHOBA COUNTY, MS, SHERIFF TOMMY WADDELL,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES,
CITY OF PHILADELPHIA, MS, CHIEF GRANT MEYERS,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES,
AND OFFICERS BRAD CROCKETT, ERIC LOWNDES,
BRAD POE, AND "JOHN DOES 1-6", ALL IN THEIR
INDIVIDUAL AND OFFICIAL CAPACITIES   DEFENDANTS



**************************************************

DEPOSITION OF MICHAEL W. MCDOUGLE

**************************************************

APPEARANCES NOTED HEREIN


DATE: JULY 5, 2016
PLACE: LAW OFFICES OF MIKE WHITE
501 MAIN STREET
PHILADELPHIA, MISSISSIPPI
TIME:  12:55 P.M.



REPORTED BY: DEBORAH H. NELSON
CSR #1256


DTI Court Reporting Solutions - Chicago
800-733-6885                         www.deposition.com

207b3fbf-297c-4e4e-83cf-04e580cf29a5

MICHAEL W. MCDOUGLE - 7/5/2016

Page 2

```
 1   APPEARANCES:

 2
         CARLOS E. MOORE, ESQUIRE
 3       Moore Law Group, PC
         Post Office Box 1487
 4       Grenada, MS  38902-1487
         Telephone:  662.227.9940
 5       Facsimile:  662.2271.9941
         carlos@carlosmoorelaw.com
 6

 7              COUNSEL FOR PLAINTIFF

 8

 9       STEVEN J. GRIFFIN, ESQUIRE
         Daniel, Coker, Horton & Bell, P.A.
10       Post Office Box 1084
         Jackson, MS  39215-1084
11       Telephone:  601.969.7607
         Facsimile:  601.969.1116
12       sgriffin@danielcoker.com

13

14          COUNSEL FOR DEFENDANT - WADDELL AND
                    NESHOBA COUNTY
15

16

17       D. JASON CHILDRESS, ESQUIRE
         Wise Carter Child & Caraway
18       Post Office Box 651
         Jackson, MS  39205-0651
19       Telephone:  601.718.8842
         Facsimile:  601.968.5593
20       djc@wisecarter.com

21              COUNSEL FOR DEFENDANT - CITY

22

23

24

25
```

MICHAEL W. MCDOUGLE - 7/5/2016

Page 3

```
 1         MARK P. CARAWAY, ESQUIRE
           Wise Carter Child & Caraway, P.A.
 2         Post Office Box 651
           Jackson, MS  39205-0651
 3         Telephone:  601.718.8842
           Facsimile:  601.968.5593
 4         mpc@wisecarter.com

 5

 6         COUNSEL FOR DEFENDANT - NESHOBA GENERAL

 7

 8    OTHERS PRESENT:

 9
      Ms. Brittney McDougle (portion of depo)
10
      Ms. Mary Helen McDougle (portion of depo)
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   anywhere?
 2        A    Neshoba General Hospital.
 3        Q    What does she do there?
 4        A    She was a dietary supervisor.
 5        Q    Okay.  Is that still what she does now?
 6        A    Oh, I really -- I mean, the job what I see
 7   on her badge, that's what it say.  I don't know.  I
 8   don't go down there.
 9        Q    Okay.
10        A    I don't know what she really do.  I don't
11   ask.  As long as I know she's got a job.
12        Q    Okay.  How long has she been working
13   there?
14        A    Probably 17 or 18 or 19 years.  I don't
15   know.  It's been a long time.
16        Q    All right.  All right, let me ask you
17   about your son.  Was he employed at the time of his
18   death back in November 2014?
19        A    No.
20        Q    When was the last time he worked anywhere?
21        A    I really can't say, sir.  To keep from
22   telling you a story, I really can't say.  I mean he
23   was 21 years old.  I didn't have no reason, none
24   whatsoever, to try to figure out, you know, why he
25   wasn't working or why nobody wasn't hiring him or
```