# In the Matter of:

# *MCDOUGLE*

## *vs.*

# *NESHOBA COUNTY, MS, et. al.*

---

# *BRITTNEY MCDOUGLE*

## *July 5, 2016*

---



**DTI** **Court Reporting Solutions**

311 South Wacker Drive, Suite 300, Chicago IL, 60606
312.386.2000 - Fax: 312.386.2275

EXHIBIT "D"

BRITTNEY MCDOUGLE - 7/5/2016

Page 1

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION


BRITTNEY MCDOUGLE, INDIVIDUALLY, AND
ON BEHALF OF THE HEIRS AND WRONGFUL.
DEATH BENEFICIARIES OF MICHAEL D.
McDOUGLE, SR., DECEASED                    PLAINTIFF


VERSUS          CIVIL ACTION NO:3:15CV350-CWR-FKB


NESHOBA COUNTY, MS, SHERIFF TOMMY WADDELL,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES,
CITY OF PHILADELPHIA, MS, CHIEF GRANT MEYERS,
IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES,
AND OFFICERS BRAD CROCKETT, ERIC LOWNDES,
BRAD POE, AND "JOHN DOES 1-6", ALL IN THEIR
INDIVIDUAL AND OFFICIAL CAPACITIES    DEFENDANTS



*************************************************

DEPOSITION OF BRITTNEY MCDOUGLE

*************************************************

APPEARANCES NOTED HEREIN



DATE: JULY 5, 2016
PLACE: LAW OFFICES OF MIKE WHITE
501 MAIN STREET
PHILADELPHIA, MISSISSIPPI
TIME:  10:23 A.M.




REPORTED BY: DEBORAH H. NELSON
CSR #1256

2d6e6b39-12b2-4ec6-9541-0f4b7f1ce1f6

BRITTNEY MCDOUGLE - 7/5/2016

Page 2

```
 1    APPEARANCES:

 2

 3         CARLOS E. MOORE, ESQUIRE
           Moore Law Group, PC
           Post Office Box 1487
 4         Grenada, MS  38902-1487
           Telephone:  662.227.9940
 5         Facsimile:  662.2271.9941
           carlos@carlosmoorelaw.com
 6

 7              COUNSEL FOR PLAINTIFF

 8

 9         STEVEN J. GRIFFIN, ESQUIRE
           Daniel, Coker, Horton & Bell, P.A.
10         Post Office Box 1084
           Jackson, MS  39215-1084
11         Telephone:  601.969.7607
           Facsimile:  601.969.1116
12         sgriffin@danielcoker.com

13

14         COUNSEL FOR DEFENDANT - WADDELL AND
                      NESHOBA COUNTY
15

16

17         D. JASON CHILDRESS, ESQUIRE
           Wise Carter Child & Caraway
18         Post Office Box 651
           Jackson, MS  39205-0651
19         Telephone:  601.718.8842
           Facsimile:  601.968.5593
20         djc@wisecarter.com

21              COUNSEL FOR DEFENDANT - CITY

22

23

24

25
```

2d6e6b39-12b2-4ec6-9541-0f4b7f1ce1f6

BRITTNEY MCDOUGLE - 7/5/2016

```
 1            MARK P. CARAWAY, ESQUIRE
              Wise Carter Child & Caraway, P.A.
 2            Post Office Box 651
              Jackson, MS  39205-0651
 3            Telephone:  601.718.8842
              Facsimile:  601.968.5593
 4            mpc@wisecarter.com

 5

 6            COUNSEL FOR DEFENDANT - NESHOBA GENERAL

 7

 8    OTHERS PRESENT:

 9
      Ms. Mary Helen McDougle
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

BRITTNEY MCDOUGLE - 7/5/2016

Page 23

1    Q    Okay.  Let me ask about Mr. McDougle.  Do
2  you know his date of birth?
3    A    Yep, his birthday is June 14, 1985.
4    Q    Okay, how far along did he make it in
5  school?
6    A    The ninth grade, tenth grade.  It was one
7  of them.
8    Q    Where did he go?
9    A    Philadelphia.
10    Q    Did he have any vocational or technical
11  training that you know of?
12    A    I think he worked at the vo-tech, and
13  that's about it.
14    Q    Was he working anywhere at the time of his
15  death in November?
16    A    No, he was -- uh -- I worked, and he
17  watched the children so we didn't have to pay for no
18  babysitter.
19    Q    When was the last time you know of that he
20  had a job?
21    A    Well, when we first got together, he was
22  working.  He was washing cars and stuff over there
23  by the hospital.
24    Q    Okay, was that for a specific company, or
25  was he doing it by himself?

2d6e6b39-12b2-4ec6-9541-0f4b7f1ce1f6

BRITTNEY MCDOUGLE - 7/5/2016

Page 24

1       A    That is a company over that way.

2       Q    Do you know what it's called?

3       A    No, I do not.

4       Q    That was back in 2010?

5       A    Yep.

6       Q    All right.  Has he worked anywhere else

7    since then?

8       A    He worked little odd-and-end jobs.  I

9    mean, it's not on the record, but he did work.  He

10   worked with my daddy, and he builds houses.  And he

11   worked with his cousin, Rell, washing cars.  And he

12   worked at McDonald's.

13      Q    Which McDonald's did he work at?

14      A    The one over there -- uh -- in

15   Philadelphia.

16      Q    How long did he work there?

17      A    I think about two weeks.

18      Q    Do you remember what year that was?

19      A    I don't know.

20      Q    Do you know why he left employment with

21   McDonald's?

22      A    He didn't tell me.

23      Q    Okay.  Did he tell you why he left

24   employment with the car washing company?

25      A    No, he didn't tell me.

2d6e6b39-12b2-4ec6-9541-0f4b7f1ce1f6

BRITTNEY MCDOUGLE - 7/5/2016

Page 25

1    Q    Okay.  In the discovery responses, it

2  mentioned a place called Piping Company.  Do you

3  know anything about that?

4    A    Nope.

5    Q    Any other place you know of that he worked

6  during the time that you were with him?

7    A    Nope.

8    Q    Okay.  Was he on any kind of government

9  assistance?

10    A    Nope.

11    Q    All right, you told me that he got out of

12  prison in the summer of 2014, around the time y'all

13  moved to the West Atkins residence; correct?

14    A    Yep.

15    Q    Did he work anywhere between the time he

16  got out of prison and the time of his death later

17  that year?

18    A    Nope.

19    Q    What did he do each day?  What filled his

20  time?

21    A    He watched our kids.  He got our daughter

22  off the school bus.  We just had a newborn baby.  So

23  he was watching him first.  And he was cooking and

24  cleaning the house up.

25    Q    Okay.  Anything else?

2d6e6b39-12b2-4ec6-9541-0f4b7f1ce1f6