

**STATE OF MISSISSIPPI**
DEPARTMENT OF CORRECTIONS
Marshall L. Fisher
COMMISSIONER

Jerry Williams
Deputy Commissioner

Institutions
(601) 359-5607   5323(FAX)

August 12, 2016

MDOC Records Department
P.O. Box 24388
Jackson, MS  39225

Dear Sir or Madam,

Pursuant to your request, enclosed please find the requested documents regarding the inmate record of **Michael McDougle, MDOC# 179721**. Please be advised that our office does not handle medical record requests nor does this office handle any records regarding misdemeanor offenses.

If this office can be of any further assistance, please feel free to contact us at 601-933-2889, extension 6094.

Respectfully,

LaTisha K. Lockhart
Projects Officer III, Special
Operations Department Supervisor

lkl

**EXHIBIT "E"**

STATE OF _____Mississippi_____)
                                    ) SS.
COUNTY OF _____Hinds_____)

I, _LaTisha K. Lockhart_ hereby certify that I am the of the Special Projects Officer-III of the
                                                                   (Official Position)

_____Records Department- Central Office_____, a division of the State of Miss issippi
            (name of department or penitentiary)

situated in the county and State aforesaid, that in my legal custody as such officer are the original files and records of persons heretofore committed to said penal institution; that the Institutional Records, fingerprints (if available and all other documents available) attached hereto are copies of the original records of ____Michael McDougle, MDOC# 179721 a person heretofore committed to said penal institution and who serve a term of imprisonment therein; that I have compared the foregoing and attached copies with their respective originals now on file in my office and each thereof contains, and is, a full, true and correct transcript and copy from its said original.

     IN WITNESS WHEREOF, I have hereunto set my hand this _12th___ day of _August_____
A.D. 2016

                                          (Signature)

                                      _Special Projects Officer-III_____
                                      (Official Title)

STATE OF _____)
                                ) SS.
COUNTY OF _____)

     I, _____, Presiding Judge of _____State

of _____, County of _____, which Court is a Court of Record having a

seal, do hereby certify that _____ whose name is subscribed to the
above Certificate, was at the date thereof, and is now _____of the
_____and is the legal keeper and the officer having the legal
custody of the original of the said _____; that the said Certificate is in
                                            (penitentiary)
due form; and that the signature subscribed thereto is his genuine signature.

       IN WITNESS WHEREOF, I have hereunto subscribed my name in my official character as

such Judge, of the County and State aforesaid, this          day of          , A.D.    

                                      (Signature)
                                      Judge of _____

STATE OF _____)
                                ) SS.
COUNTY OF _____)

     I, _____ Clerk of _____ of the State of

_____, County of _____, which Court is Court of Record

having a seal which is annexed hereto, do hereby certify that _____, whose name is subscribed to the foregoing Certificate of due attestation, was, at the time of signing the same, Judge of _____ aforesaid, and was duly commissioned, qualified and authorized by law to execute the said Certificate.  And I do further certify that the signature of the above named Judge to the said Certificate of due attestation is genuine.

　　　　IN WITNESS WHEREOF, I have hereunto set my hand and annexed the seal of the _____ at my office in said County, this 　　　　 day of 　　　　 , A.D.
　　　(name of court)

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　(signature)
　　　　　　　　　　　　　　　　　　　　Clerk of _____

## Mississippi Department of Corrections

**Offender Number:** 179721          **Name:** MCDOUGLE, MICHAEL DEANGELO

**Date of Birth:** 06/14/1985        **FBI Number:** 730322TC7              **Race:** BLACK     **Sex:** MALE

**Height:** 5' 4"     **Weight:** 145      **Hair Color:** BROWN                **Eye Color:** BROWN

**SSN:**                             **Complexion:** DARK                     **Build:** SMALL

**Location:** -No Facility-          **Custody:**                            **Entry Date:** 12/13/2012

**Term to Serve:**                                                           **Tent. ERS Date:**

**Court Ordered Status:**                                                    **Tentative Release:** 12/11/2014

**Statutory Parole Date:**                                           **Status:** EXPIRATION OF SENTENCE

**Parole Set Off Date:**

**Parole Revocation Hearing Date:**

| Sent # | Cause Number | Offense | Date Sentenced | County of Conviction | CC/CS | Number of Days for Booking |
|--------|--------------|---------|----------------|----------------------|-------|----------------------------|
| 1 | 12CR0058NSG | SHOPLIFTING | 10/26/2012 | NESHOBA | 0/0 | 316 |
| Booking Number: A | | | | | | |

Term of Sentence:  3 Y,  0 M,  0 D
Term Suspended: 00 Y, 00 M, 00 D
Term of Probation: 00 Y, 00 M, 00 D

# MISSISSIPPI PAROLE BOARD

Jackson, Mississippi



# CERTIFICATE OF PAROLE

**KNOW ALL MEN BY THESE PRESENTS:**

It having been made to appear to the State Parole Board that <u>MCDOUGLE, MICHAEL</u>

_____ , Register No. ____ 179721 ____ , a prisoner in the Mississippi DEPARTMENT OF CORRECTIONS is eligible to be PAROLED and that there is a reasonable probability that said prisoner WILL REMAIN AT LIBERTY WITHOUT VIOLATING THE LAWS, and it being the opinion of the State Parole Board that the release of this prisoner is not incompatible with the welfare of society it is ORDERED by the said State Parole Board that the prisoner be PAROLED from the MISSISSIPPI DEPARTMENT OF CORRECTIONS ON ____ AUGUST 27 ____ , 20 __ 13 __ , and that said prisoner is paroled to ____ NESHOBA COUNTY ____ to remain there until properly transferred by Mississippi Department of Corrections personnel or until expiration or revocation of said parole, or in event of arrest and conviction for law violation, until action has been taken by the State Parole Board.

Witness our signature and seal, this ____ 9th ____ day of ____ July ____ , __ 2013 __ .

STATE PAROLE BOARD

MALCOLM MCMILLIN _____ , Chairman
DOUG E. DAVIS _____ , member
BETTY LOU JONES _____ , member
CLARENCE BROWN _____ , member
STEVEN PICKETT _____ , member

(SEAL)

**Mississippi Department of Corrections**
**Psychological Evaluation**
**Initial Screening**

Inmate Name MCDOUGLE, MICHAEL DEANGELO            Date: 12/18/2012

Psych Evaluator  B. Lovett                    MDOC# 179721

Last School Grade Completed _____ Age 27  DOB 06/14/1985

Education -TABE Locator        Date: 12/18/2012                    LEVEL OF CARE

Intelligence-GAMA        Score _____ Date 12/18/2012

MILLION:        Date 12/18/2012

REFERRALS by Psychological Evaluation

Biographical and Correctional History

```
                         Inmate stated that he was not working.  Inmate self
reported that he has no tattoos.
```

**General Observations / Appearance and Current Emotional Status**

**Mental Health History**
Present / Past Psychological / Psychiatric Treatment
Have you ever seen psychologist, counselor, or psychiatrist? What for? At what age(s)? In prison, or on street?
What was the diagnosis? What treatment(s) / medication(s)? Have you ever been hospitalized for mental /
emotional problems? Where? What for? At what age(s)?

**Suicidal Potential**

Current Ideations _____

Current Plans _____
Previous attempts / gestures (Have you ever tried to commit suicide? How many times? Why? What age(s)?
How did you attempt to harm yourself?)

**Substance Abuse History**
Have you ever used alcohol or drugs? What types? Since what age(s)? Why(Peer Influences, Stimulation,
Escape, Relaxation, Other)? How has alcohol / drugs interfered with your life(Disrupted family relationships,
Fights, Arrests, Other)?

**Other**

**Conclusion / Summary**