1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BRITTNEY McDOUGLE, INDIVIDUALLY, AND ON BEHALF
OF THE HEIRS AND WRONGFUL DEATH BENEFICIARIES
OF MICHAEL D. McDOUGLE, DECEASED, AND THE ESTATE
OF MICHAEL McDOUGLE, THROUGH MARY McDOUGLE, THE
ADMINISTRATOR OF ESTATE                            PLAINTIFFS

V.                        CIVIL ACTION NO. 3:15-cv-00350-CWR-FKB

NESHOBA COUNTY, MS, SHERIFF TOMMY WADDELL, IN
HIS OFFICIAL CAPACITY, CITY OF PHILADELPHIA, MS,
CHIEF GRANT MEYERS, IN HIS OFFICIAL CAPACITY,
NESHOBA COUNTY GENERAL HOSPITAL AND OFFICERS BRAD
CROCKETT, ERIC LOWNDES, BRANDON POPE, JOSH RAY,
AND "JOHN DOES 1-6", ALL IN THEIR INDIVIDUAL AND
OFFICIAL CAPACITIES                                 DEFENDANTS


**DEPOSITION OF OFFICER JOSH RAY**


   Held on Monday, August 15, 2016, at 2:36 p.m., in the
Offices of Robert Thomas, Esquire, 435 Center Avenue North,
Philadelphia, Mississippi, at the instance of the Plaintiffs


Appearances Noted Herein


REPORTED BY:

    KAREN C. POPERNIK, MS CCR 1276, TN LCR 469

    RBK Reporting Services

    P. O. Box 1683, Oxford, MS  38655

    662.234.7804, karenedge2@gmail.com

EXHIBIT "G"

```
 1   APPEARANCES:
 2   REPRESENTING THE PLAINTIFFS:
 3        CARLOS E. MOORE, ESQUIRE
 4        Moore Law Group, P.C.
 5        P. O. Box 1487
 6        Grenada, MS   38902
 7        Carlos@carlosmoorelaw.com
 8
 9   REPRESENTING THE NESHOBA COUNTY DEFENDANTS:
10        STEVEN J. GRIFFIN, ESQUIRE
11        Daniel, Coker, Horton & Bell, P.A.
12        P. O. Box 1084
13        Jackson, MS   39215
14        Sgriffin@danielcoker.com
15
16   REPRESENTING THE CITY OF PHILADELPHIA DEFENDANTS:
17        JACK PRICE, ESQUIRE
18        Wise Carter Child & Caraway, P.A.
19        P. O. Box 651
20        Jackson, MS   39205
21        Jdp@wisecarter.com
22             Also Present:   Chief Grant Myers
23
24
25
```

1    A.   He was -- he was saying something.  I don't know what
2 he was saying.
3    Q.   And what happened next?
4    A.   They told us they believed he would be all right to
5 stay there.
6    Q.   They told you that?
7    A.   Yes, sir.
8    Q.   You sure about that?
9    A.   Yes, sir.
10   Q.   Have you seen that in the report that they told you
11 that?
12   A.   I've seen the report.
13   Q.   Did they put in their report that they told you that
14 they thought he was able to stay there?
15   A.   I don't know exactly what the report says, sir.
16   Q.   Did they ask you and the other officials if y'all
17 wanted him transported to the hospital?
18   A.   No, sir.
19        MR. PRICE:  Object to the form.
20   Q.   (By Mr. Moore)  Excuse me?
21   A.   No, sir.
22   Q.   So you're calling them a liar?
23   A.   I'm not making any accusations about anyone.  I'm
24 just simply stating we got him medical attention.  They advised
25 us they thought he was okay and could stay there.