IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BRITTNEY MCDOUGLE, INDIVIDUALLY, AND
ON BEHALF OF THE HEIRS
AND WRONGFUL DEATH BENEFICIARIES
OF MICHAEL D. MCDOUGLE, SR., DECEASED            PLAINTIFF

VS.                           CIVIL ACTION NO. 3:15-cv-00350-CWR-FKB

NESHOBA COUNTY, MISSISSIPPI, ET AL.              DEFENDANTS

### AFFIDAVIT OF SCOTT CUNNINGHAM

1. My name is Scott Cunningham. I am a resident of Mississippi and reside in Meridian, Mississippi. I am above the age of 21 and have knowledge of the facts set forth in this affidavit.

2. On November 1, 2014, I was incarcerated at the Neshoba County Jail and worked as a trusty.

3. I was in the hallway next to the booking area of the jail when the police officers carried Michael "Lolo" McDougle from the sallyport door to the isolation cell.

4. A short time later, EMTs evaluated McDougle in his cell. It appeared that they thought McDougle was fine, and they did not take him to the hospital.

5. I never heard the EMTs or any of the officers at the jail state that McDougle needed additional medical attention.

6. I never heard McDougle make any statements regarding his medical condition.

7. I never heard McDougle ask for help or any additional medical treatment.

8. ~~I saw officers take~~ Dez McWilliams come to the trusty grounds & told me he took McDougle water ~~on at least one occasion~~ whenever he asked for it.

Kenneth Scott Cunningham
9-7-16

{D0624352.1}

EXHIBIT D

[Notary seal: Ruth Parker, State of Mississippi, ID No. 109035, Commission Expires 05/22/2018, Notary Public Lauderdale County]

9.  I did not speak with any of the jail officers that night about Mr. McDougle or his condition.

10. I am not aware of any officer, jailer, or anyone else ever hitting, punching, beating, striking, or engaging in any other form of violence or mistreatment toward McDougle while he was at the jail. I also am not aware of anyone using a taser on McDougle while he was at the jail.

11. I never went inside McDougle's cell while he was at the jail. I also did not go into his cell on the morning of November 2, 2014, after McDougle was removed from the jail.

Further Affiant saith not.

_____
SCOTT CUNNINGHAM

SWORN TO AND SUBSCRIBED BEFORE ME, this the ___7___ day of September, 2016.

_____
NOTARY PUBLIC

My commission expires:

05-22-18

*[Notary seal: RUTH PARKER, STATE OF MISSISSIPPI, ID NO. 109035, Commission Expires 05/22/2018, NOTARY PUBLIC, LAUDERDALE COUNTY]*

{D0624352.1}