In the Matter of:

# MCDOUGLE
## vs.
## NESHOBA COUNTY, MS, et. al.

# DAVID SPIVEY

## August 22, 2016



**DTI** Court Reporting Solutions

311 South Wacker Drive, Suite 300, Chicago IL, 60606
312.386.2000 - Fax: 312.386.2275

EXHIBIT
B

Page 42

1    A   You know, when they pulled right there,
2   but they were out of view. See, you can't see --
3   you can't see from that generator back on the
4   camera. Because the camera on the sally port is
5   just like that when the officer pulled in so you
6   could see him when they take him out of the car and
7   bring him up to the door of the jailhouse.
8    Q   Okay.
9    A   But from that point right here back, the
10   camera can't see nothing.
11    Q   All right. And how did the officers get
12   Mr. McDougle out of the car?
13    A   Drug him.
14    Q   And how did they do that?
15    A   Opened the door and drug him out by his
16   head. One had him on one side, and one had him by
17   his head. And when they drug him out, I guess he
18   was incoherent or whatever. He just went down like
19   that.
20    Q   Now, wait a minute. You said that they
21   drugged him out by his head -- one on this side and
22   one on that side. What do you mean by that? Did
23   they have his hand on his head, or did they have his
24   hand under his arm?
25    A   No. When they, when they drug him out,

Page 43

1   they drug him out like this right here. And that's
2   when his head went down and hit the ground, and then
3   that's when, I don't know, I can't remember who it
4   was or how it was, and that's when they grabbed him
5   and picked him up by his head. And you had one that
6   had him by his head, and you had one by -- had each
7   by the arm. And I said, "Damn, that's Low-Low.
8   What's done happened to him?"
9        And then they drug him on in, and I shot, I
10   shot on in there, in the camp. And I got -- and
11   Chief, because when you go in to the door, Chief and
12   Chris's room was the first one that you go in the
13   door. And I was on the end down there, so I ran in
14   there to Chief, and so that's when Chief jumped up,
15   because he was, he was the head, you know, thing
16   that night.
17        So he put his stuff on and he go in. The Chief
18   could go in any time he get ready, you know, because
19   he kept down there.
20    Q   And who is Chief, again?
21    A   Scott Cunningham. They called him
22   "Chief," but he's the one that's the head of the
23   Royals, so that's why they call him Chief. He was
24   the head of the Royals.
25    Q   So when you say they pulled him out of the

Page 44

1   patrol car, he was face-down on the back seat?
2    A   I don't know how he was on the back seat.
3   I didn't tell you that he was face-down on no back
4   seat. I said they opened the door up and pulled him
5   out of there. Now, I couldn't see him. If he was
6   face-down in the back seat, I couldn't see that, but
7   I seen them open the door. I didn't tell you that.
8    Q   Okay.
9    A   That he was face-down on the back seat of
10   that car when they pulled him out. I didn't tell
11   you that.
12    Q   No, no, no, I'm not trying to put words in
13   your mouth.
14    A   But you see I didn't tell you.
15    Q   You were making gestures, and because of
16   the transcript --
17    A   Yeah, I said --
18    Q   -- I just wanted to make sure we were
19   clear.
20    A   I said that they opened, I seen them open
21   the door, and I didn't know who it was. And that's
22   before I got ready to run it. I wanted to see what
23   was going on. So they grabbed him and drug him out,
24   out of the car.
25    Q   Let me interrupt real quick, because I

Page 45

1   want to make sure we're absolutely clear. And if
2   you don't know, you can tell me you don't know.
3    A   Yeah, go ahead.
4    Q   But when they got him out of the car, can
5   you say, one way or the other, how they pulled him
6   out of the car? Like where they put hands on him to
7   get him out?
8    A   No.
9    Q   You don't know?
10    A   No.
11    Q   Okay.
12    A   I don't know if he was laying down or he
13   was setting up, I don't know. All I seen is when he
14   come out of the car.
15    Q   You just saw him come out of the car?
16    A   Yeah.
17    Q   Did you see Mr. McDougle fall to the
18   ground at any point?
19    A   He couldn't fall. He didn't fall. When
20   they drugged him out, he just lift over like that.
21    Q   Oaky.
22    A   That's when they pulled, caught his hand
23   and picked his head up because his head had hit
24   the -- and like, you know, like you see on the
25   cartoons, automatically you get a -- uh -- a knot.

Page 46

1  I said, "Damn!" Because his head had hit that --
2  now, I don't know if he hit the ground at the
3  jailhouse or that knot got on his head before he got
4  to the jailhouse, but --
5     Q   You saw a knot on his forehead when he got
6  to the jail?
7     A   Well, when I seen them pull his head up.
8     Q   Okay. Now, did you see him hit his head
9  on the ground after he got out of the patrol car, or
10 did you just see them pull his head back after they
11 got him out?
12    A   Well, I seen -- when they pulled him out
13 of the car. I seen him when they pulled him out,
14 his head slumped down like that.
15    Q   All right. But you didn't see his head
16 actually hit the ground?
17    A   No, I didn't.
18    Q   Okay. And when they got him out of the
19 car, did they escort him from that point inside the
20 booking area of the jail?
21    A   They drug him in. He couldn't walk.
22    Q   Okay. And when they drug him in, do you
23 know how they carried him in there or drug him in?
24 What you mean by that?
25    A   They drug him in on each side. Somebody

Page 47

1  took -- two of them drug him in. One had him on
2  this side, and one had him on that side, and they
3  drug him in.
4     After that, when they drug him to the door, I
5  shot in there.
6     Q   Okay.
7     A   I shot in to get one of my buddies, and
8  that's when Scott jumped up and put his shoes and
9  stuff on so he could go run in there to see, because
10 he was running booking.
11    So Scott -- and Scott goes in there to see
12 what's going on and how everything went.
13    Q   When they carried him into the jail or
14 helped him inside the jail, did they carry him in
15 the same the whole way? You said one under each
16 arm. Was it the same all of the way from the car to
17 the --
18    A   I couldn't tell you. I wasn't inside
19 there.
20    Q   Well, from the time they took him out of
21 the car and until they got him inside the jail, were
22 they carrying him the same under each arm the whole
23 way?
24    A   Only what I'm saying is when I seen them
25 drug him, drag him to the sally port through the

Page 48

1  door by his arms is I shot in the canopy. I don't
2  what from that, from the point from the door where
3  you go into the jailhouse, I can't tell you a hill
4  of beans.
5     Q   Okay. All right.
6     A   So after that, now, when they got him
7  inside now, then everything else I know would come
8  from Chief. Because Chief shoots in there to go do
9  everything and take care all of the business that I
10 know, he tells me everything what happened, because
11 they wouldn't let us in there.
12    Q   And that was my next question for you.
13 You couldn't see inside the booking of the jail from
14 where you were in the trusty yard, could you?
15    A   You can't see nowhere from the trusty yard
16 to but on the sally port and down on Lewis Street.
17    Q   Okay. All right. So you couldn't -- you
18 don't know personally what happened with
19 Mr. McDougle once they got him inside the jail?
20    A   Nope.
21    Q   Do you remember which officers was it that
22 helped Mr. McDougle out of the patrol car?
23    A   No, you know, it was -- uh -- it was
24 Eric Lowndes, Brad Pope. The Choctaw. I can't
25 remember what. Now, it's been back in the day. I

Page 49

1  can't tell -- I can't remember who was dragging him.
2  If I tell you which person it was dragging him, I
3  would be lying to you, because I don't know which
4  one was dragging him. But like I said, when I seen
5  him, you know, I get, you know what I'm saying? Do
6  you know what I'm saying? Well, that's Michael, but
7  all we know is Low-Low. All I call him is Low-Low,
8  but, you know, it was a different scenario after I
9  seen it was him.
10    And then the first thing I'm thinking about, I
11 want to let his mama and daddy know so they could
12 come and see what was going on with him.
13    Q   All right. After they got Mr. McDougle
14 out of the patrol car, did you hear any
15 conversations between him and any of the officers?
16    A   No.
17    Q   You said earlier that he appeared to be
18 incoherent or something like that.
19    A   Yeah, I mean he couldn't even walk. So I
20 know he couldn't -- I mean he didn't talk. I didn't
21 hear no talking. I heard they was doing talking,
22 but I don't know what they was saying. I wasn't
23 paying no attention what they were saying.
24    Q   Okay.
25    A   I can't tell you two words they said.

Page 58

1  him, then he'll be all right." But how they going
2  to tell them he'll be all right and they ain't no
3  doctor? You know what I'm saying? Take him and let
4  the doctor check him out.
5     Then that's when we got pissed off. And then
6  we really, really got pissed off again, that's when
7  I really got pissed off, and when the next morning
8  he was dead, I said if they had took him to the
9  hospital, he might be living to this day. It was on
10 them the reason that I say the man ain't living to
11 this day.
12    You know, I ain't God or whatever, saying that,
13 but still they should have took that man to the
14 hospital.
15    Q   You talking about the paramedics?
16    A   Yes, sir.
17    Q   Were you in the booking area while the
18 paramedics were checking out Mr. McDougle?
19    A   No, no, no.
20    Q   Do you know what treatment the paramedics
21 gave Mr. McDougle?
22    A   No, I don't.
23    Q   You were out in the trusty yard at that
24 time?
25    A   Yeah.

Page 59

1     Q   Okay. And when you said the paramedics
2  made comments about he's going to be all right, do
3  you remember anything else they said?
4     A   No. You know, man, like I said, if you
5  had asked me a long time ago, I could tell you
6  word-for-word, but -- uh -- I'm vaguely at it now
7  because, like I said, I have been having so much
8  going on with me, because then, just like I say,
9  they just sent me to No Man's Land in Parchman, and
10 I'm saying I hadn't did nothing. And I didn't know
11 it was a, it was a meeting that they were sending me
12 over there to. I'm like, "What are they sending me
13 to Parchman for?" You know what I'm saying. I
14 thought I'm going to Parchman to stay, so all of
15 that was on my mind, I'm upset. But I've done had
16 so much on my mind, Man, I don't, you know, until
17 this day of this and that, I haven't thought nothing
18 about that -- uh -- what happening because I --
19    Q   Did the EMTs say that they thought he
20 would be all right?
21    A   Yeah, they said when he sleep it off, in
22 the morning he'll be all right. It ain't no need to
23 taking him down to the hospital. I said how are
24 they going to be judge if they know if that man is
25 all right or not all right. And I know they hate

Page 60

1  they made that judgment now because he dead.
2     Q   Did you ever go inside the booking area to
3  where his cell was at any point that night?
4     A   No.
5     Q   When -- you made comments earlier about
6  passing out breakfast trays. Were you helping pass
7  out breakfast trays the next morning?
8     A   They put us out. Yeah, but they sent us
9  back in that morning when -- uh -- when we got
10 where -- when we got to the disposition tank, they
11 told all of us to go back out to the trusty camp.
12    Q   While y'all were passing out trays in the
13 --
14    A   No, we didn't pass out the trays.
15    Q   Okay.
16    A   We don't pass out the trays. All we do is
17 put the trays on the cart. The jailers and all of
18 that pass out the trays. We don't never pass out no
19 trays. Pudding or whoever -- well, whoever working,
20 usually Mr. Harvey or some of them, pass out the
21 trays. All we do is load them on the cart.
22    Q   Okay.
23    A   You know, from the, out of the truck.
24    Q   Did you ever go inside the booking area
25 while trays were being passed out that morning?

Page 61

1     A   I can't remember. No. No. No.
2     Q   Did you ever go inside Mr. McDougle's cell
3  at any point while Mr. McDougle was at the jail that
4  time?
5     A   When I went in Mr. McDougle's cell, they
6  had took him away. Beck Funeral Home had took him
7  away. That's when Mr. Harvey rolled up his blanket
8  that he had bled on and put it in a garbage bag and
9  told me to go throw it away. And I went and throwed
10 it on Mr. Billy's trailer. On the garbage truck.
11    Q   So before they took Mr. McDougle out of
12 the jail, you had not been inside that cell that
13 night?
14    A   Unh-unh.
15    Q   Is that right?
16    A   No, sir. No, sir.
17    Q   Had you ever looked in the window of his
18 cell that night?
19    A   No, sir.
20    Q   Okay.
21    A   Chief told me all of this.
22    Q   Okay. Did you personally ever hear
23 Mr. McDougle make any comments or any conversations
24 or anything else while he was inside the holding
25 cell that night?

16 (Pages 58 to 61)

Page 62

1    A    No, sir.
2    Q    Did you ever see anyone beat or punch
3  Mr. McDougle that night?
4    A    No.
5    Q    Did you ever see anyone tase Mr. McDougle
6  that night?
7    A    No. I'm just going by what I heard about
8  when he tased him, he pee'd all over himself.
9    Q    Did you personally ever see anyone tase
10 Mr. McDougle?
11   A    No.
12   Q    Did you personally ever see Mr. McDougle
13 pee on himself?
14   A    No.
15   Q    Did you personally ever see Mr. McDougle
16 bleeding?
17   A    No, I didn't see him bleeding, but I
18 seen -- I throwed away a bloody blanket that he was
19 sleeping on.
20   Q    Okay. Now, that was after Mr. McDougle
21 was taken out of the jail the next morning?
22   A    Uh-huh.
23   Q    That's a yes?
24   A    Yes.
25   Q    Do you remember about what time it was

Page 63

1  that you went in that cell?
2    A    Uh -- no, no. I don't know. Well, all
3  this and that, you don't really know the time,
4  because like I say, it was late, because, like I
5  say, the fire department came, and -- uh -- because
6  I remember we was trying to ask Nick what was going
7  on, and he was shaking his head, you know. You know
8  Nick who work for -- well, he used to work at the
9  jailhouse, but he drives the fire truck for the fire
10 department. I can't think of Nick's last name.
11        But anyway, but anyway, we was trying to ask
12 him what was going on, and this and that, but, man,
13 it was a long time. I mean time went on, drug on,
14 because, like I said, they came in, and then the
15 coroner came, and then all of this and that. And we
16 seen them when they wheeled him out and all of this
17 and that. It was a long time. I couldn't tell you
18 what, you know, no time.
19   Q    Was it after lunch or before lunch?
20   A    Well, I can't remember, because, like I
21 said, during that time, ain't nobody ate nothing.
22 And they wasn't passing out nothing. Didn't no
23 lunch come, no dinner come, no lunch come. All our
24 stuff come from the hospital, so I ain't know -- I'm
25 going to leave that one up in the air, because I

Page 64

1  don't know what time or when it was.
2    Q    That's fine.
3    A    Because so much was happening that day.
4    Q    Okay. When you went into Mr. McDougle's
5  cell after he had been taken out, tell me what you
6  saw in his cell.
7    A    Well, I went in there by myself. Uh -- it
8  was -- uh -- I think it was me, Pudding, Harvey, and
9  O'Berry was in there. But, anyway, it was Cull -- I
10 can't remember. I'm trying to make my mind go all
11 of the way back into that room. But Harvey was in
12 there orchestrating everything. And he told me to
13 go get a bag.
14        So I went -- I goes in the nurse's office and
15 get a bag, and he rolled -- uh -- the blanket, he
16 rolled up the blanket, and I put the blanket in the
17 bag, tied it up, and carried it out there and put it
18 on Mr. Billy's trailer. And then we all talked
19 about that. "Why would he throw that away and
20 that's evidence?"
21   Q    Okay. And this blanket that you're
22 talking about -- uh -- can you describe what it
23 looked like for me?
24   A    A regular army blanket. A wool blanket.
25 You know what old army blankets look like, a gray

Page 65

1  tweed blanket?
2    Q    Okay.
3    A    Everybody, you know, give them out in the
4  jailhouse.
5    Q    And you said there --
6    A    They got some beige and brown ones. But
7  this here was -- uh -- just a regular blanket they
8  give out at the jailhouse.
9    Q    Do you know if there was blood on it?
10   A    I know it was blood on it.
11   Q    Okay. Do you know about how much blood?
12   A    No.
13   Q    You don't know how much blood it was?
14   A    No.
15   Q    Okay.
16   A    I mean anytime blood is dried up, you
17 don't know how much blood it is, but, you know, you
18 know it was blood.
19   Q    So it was dried blood?
20   A    Yeah. It wasn't fresh blood.
21   Q    Okay.
22   A    I mean, you know, but he shouldn't have
23 throwed it away. Like I was telling them then and
24 I'm telling you, you know, all of this could have
25 been avoided if they had interviewed everybody that

Page 102

1  Q  All right.
2  A  And then Little Chris, too.
3  Q  How many times did Mr. Cunningham,
4  Scott Cunningham go to the building, the main
5  building?
6  A  Several times. I can't keep times. He
7  goes in and out periodically, you know what I mean?
8  Q  So he wouldn't stay in bed all night? He
9  would get up and go?
10  A  Yeah, you know, sometimes we come out and
11  we smoke cigarettes and we talk, and he go in there,
12  you know, go back and forth in and out, you know.
13  Q  And would he come back and tell you
14  immediately, or he told you everything after the
15  death?
16  A  No, no, he told me immediately. See we
17  was all, when we found out it was the death it was
18  that morning before breakfast, everybody was up. We
19  was all up.
20  Q  And y'all were up at 3:30 or 4:00 when
21  people came in that morning?
22  A  Well, people came in that morning about
23  3:38, and grilled us about passing cigarettes to the
24  people in the back, and he didn't leave until after
25  four o'clock. So if he said he gave the man water

Page 103

1  at four o'clock, he was lying. Because he was out
2  there at the trusty camp fussing about he was going
3  to take us all back to the back if these cigarettes
4  keep on coming up, he keeps smelling cigarette
5  smoke.
6       (PAUSE)
7  Q  How did Mr. McDougle look when he got out
8  of the police Cruiser at the jail, at the Neshoba
9  County jail? How did he look?
10  A  Well, when I seen him, he looked rough.
11  I mean, I said, "God, what's wrong with Low-Low?"
12  You know, when they drug him out, you know, I didn't
13  know who it was at first. Like I say, I couldn't
14  tell who it was.
15  Q  Did he appear to need -- did he appear to
16  need medical treatment at that point?
17  A  Yeah, he couldn't walk. You know what I'm
18  saying? They drug him in. He couldn't even walk.
19  Q  Were you surprised he was not taken
20  immediately to the hospital?
21      MR. GRIFFIN: Object to the form.
22  A  Yeah, like I said, they should have took
23  him to the hospital before they even brought him to
24  the jail. From when they left that yard down there,
25  they should have took him to the hospital.

Page 104

1  Q  (Mr. Moore) And who is "they"?
2  A  The police officers.
3  Q  Philadelphia Police Department officers?
4  A  The city police officers.
5  Q  Okay. And he looked to be in that bad a
6  shape when he arrived?
7  A  Yes.
8  Q  Do you know why they didn't take him
9  immediately to the hospital?
10  A  I don't know. I don't know about what
11  happened.
12  Q  All right. And who told you that he was
13  tased while he was in handcuffs and once inside the
14  jail?
15  A  Chief.
16  Q  And that would be Scott Cunningham?
17  A  Yeah, I keep saying Chief, but, yeah.
18  Q  And did Scott also tell you he urinated on
19  himself after he was tased?
20  A  Yeah.
21  Q  Did he tell you which of the officers
22  tased him?
23  A  Eric Lowndes.
24  Q  Did he tell you where McDougle was when he
25  was tased?

Page 105

1  A  No, he didn't tell me that. But he did
2  tell me that -- uh -- that -- uh -- I don't know
3  where he tased him at, but I can't remember if they
4  know if they said anything about it was a, where the
5  taser thing was stuck in him or something or
6  another. I don't know if the EMTs got it out of him
7  or whatever, but he did say that it was a prong
8  still up in him. I remember that.
9  Q  Who told you that throughout the night
10  Mr. McDougle informed the jailers that his head was
11  hurting?
12  A  Scott.
13  Q  And did you ever see the EMTs return to
14  the jail?
15  A  No, they didn't.
16  Q  Why do you think Mr. McDougle died?
17      MR. GRIFFIN: Object to the form.
18  Q  (Mr. Moore) You can answer.
19  A  Neglect of medical attention. I think he
20  would still be living today if they would have took
21  him to the doctor. That's just my say. I ain't no
22  doctor.
23  Q  You believe the City of Philadelphia
24  Police Department should have taken him to the
25  hospital?

Page 110

1  morning after he was gone.
2     Q   Okay. And it says, you see on the second
3  line, it says, "The entire time Michael McDougle,
4  Sr., was at the jail immediately prior to his death,
5  I never entered the booking area or the jail cell."
6     Did you ever go into the booking area before he
7  was taken out, or was it just after he was taken
8  out?
9     A   After.
10    Q   Okay. So before he was taken out of the
11 jail, you didn't go in the booking area, yourself?
12    A   No.
13    Q   Okay, you just went in there after he was
14 taken out?
15    A   Yes, sir.
16    Q   All right. Is there anything else about
17 that paragraph you wanted to clarify?
18    A   "I never entered the booking area or the
19 jail cell where Michael, Sr., was placed or any area
20 in the jail in which Michael, Sr. was located." I
21 did not while he was in there, but I did after he
22 was gone out of there.
23    Q   Okay. All right. All right, can you read
24 paragraph five for me, please?
25    A   "On the night of November 1st and the

Page 111

1  morning of November 2, 2014, being the entire time
2  Michael, Sr., was in jail immediately prior to his
3  death, I never interacted with Michael, Sr." That's
4  true.
5     Q   Okay. Paragraph number six, please?
6     A   "I did not see Michael Sr., being tased
7  and did not urinate, did not see him urinate on
8  himself at the jail on the night in question."
9  True.
10    Q   So you didn't see Mr. McDougle, Sr., being
11 tased, and you didn't see him urinate on himself?
12    A   No.
13    Q   Okay. All right, and paragraph 7 of your
14 affidavit, please?
15    A   Huh?
16    Q   Could you read paragraph 7 of your
17 affidavit?
18    A   "I never saw any officer, deputy, or
19 jailer hit, strike, punch, kick, or slap or do any
20 other violent act to Michael, Sr., or any
21 mistreatment." I didn't say I seen him strike,
22 kick, or slap. I said I seen them drag him out of
23 the police car when they brought him in the
24 jailhouse. That's what I said.
25    Q   Okay. Right. Did you see him -- your

Page 112

1  statement here is that you never saw any officer or
2  deputy hit Mr. McDougle, strike him, punch him, kick
3  him, or slap him?
4     A   No, I didn't.
5     Q   You didn't see anything like that?
6     A   No, I didn't.
7     Q   Okay. No other violent act toward
8  Mr. McDougle?
9     A   Unh-unh.
10    Q   That's no?
11    A   No.
12    Q   Okay. Can you read paragraph number 8,
13 please?
14    A   "I did not enter the cell in which
15 Michael McDougle, Sr., was in during the time in
16 question, so I have no knowledge if he urinated on
17 himself before he died." True.
18    Q   Okay. All right, can you read paragraph
19 nine of your affidavit?
20    A   "I did not see Michael, Sr., bleeding on
21 blankets, and I did not enter into the booking area
22 until after Michael, Sr's., body was removed."
23 That's true. But I did see -- now, it said, I
24 didn't see him bleeding on his blanket, but I did
25 see the blanket.

Page 113

1     Q   Okay. You said you thought there was
2  blood on the blanket?
3     A   Yeah.
4     Q   Okay. Dried blood?
5     A   Yeah.
6     Q   All right. Can you read paragraph number
7  10?
8     A   Soon after he arrived at the jail, I heard
9  Michael, Sr., say he had a headache while in his
10 cell (the isolation observation cell) and later the
11 EMT's arrived at the jail. Further and moments
12 later, while I was in the hallway leading to the
13 booking area, I heard the EMTs say Michael, Sr., was
14 just high and was out of his mind, and that he did
15 not need" -- that was -- now, that was after they
16 got ready to leave, and I heard them say this, and
17 but that wasn't when he immediately got there.
18 That's when they was on their way back to wherever
19 they were going.
20    Q   Talking about the paramedics?
21    A   Yes.
22    Q   Okay, so the statements that are in this
23 paragraph where it says "The EMTs said that
24 Michael McDougle, Sr., was quote "just high and out
25 of his mind and that he did not need to go to the

Page 114

1 hospital."
2   A   They said that on their way out the door
3 when they was leaving.
4   Q   Okay. Did you hear the EMT say anything
5 while they were inside the jail checking him out?
6   A   No.
7   Q   Did you ever personally hear Mr. McDougle,
8 Sr., complain about having headaches or anything
9 like that?
10   A   No, I didn't. I told you that Scott told
11 me that.
12   Q   All right. Paragraph number 11?
13   A   "The previous affidavit I signed on
14 September 24, 2015, were not read by me because I
15 believe the contents of the affidavit was the
16 information that I relayed to Mr. Carlos Moore's
17 office as I witnessed, and I was taken to the notary
18 by Michael, Sr.'s, father, and now after I reviewed
19 such affidavit, much of the information contained in
20 the affidavit is not true." False.
21   I mean the only reason -- now, I didn't read
22 this thing about no, about what Mr. Carlos had gave
23 me. But I did -- uh -- I signed it and didn't read
24 it because I felt like I had already gave my
25 statement. And but then when I signed this right

Page 115

1 here, what I had told Mr. Wade was that I, he showed
2 me the video, that I didn't see my face, my picture,
3 on that video, and I wanted to know why.
4   Q   Okay.
5   A   You know what I'm saying? And I knew that
6 I was supposed to have been in that video.
7   Q   All right, well, let ask you about this
8 affidavit that Carlos got you to sign. Did you
9 read -- this is the affidavit. Hang on a second.
10 This is the affidavit marked as Exhibit Number 4.
11   A   Uh-huh.
12   Q   Did you read this affidavit before you
13 signed it?
14   A   I didn't have to read it. He read it to
15 me.
16   Q   Okay.
17   A   Paragraph by paragraph. And then he asked
18 me, and he said, I looked over again, and he said
19 anything in here not correct, you stop me before I
20 go on. And I signed it. When he got through, he
21 said, "Do you understand everything that I read to
22 you?" And I said, "Yes, sir," and I signed it.
23   Q   All right. And you have testified today
24 that a lot of this stuff in your affidavit that you
25 initially signed was based on information given to

Page 116

1 you by Scott Cunningham; is that correct?
2   A   Two or three questions in there that I
3 said that Scott told me.
4   Q   Right.
5   A   Yes, that's true.
6   Q   All right. And when you discussed your
7 affidavit with Carlos, did you tell him that a lot
8 of this information came from Scott?
9   A   No, I didn't.
10   Q   Okay. Why didn't you tell him that you
11 didn't see this, but Scott saw that?
12   A   I didn't think nothing about it. I mean,
13 you know, I didn't think nothing about it. All I
14 thought was that, you know, we was there and I was
15 there, and it was first-hand information. It didn't
16 even dawn on my mind about what, but I just knew
17 exactly what he had told me and I had knowed how it
18 happened, what I seen and what he told me, so that's
19 what I said, and that's why I did that.
20   Q   All right. Can I see that affidavit back
21 from you, please?
22       MR. GRIFFIN:  I'd like to get this
23       marked as the next exhibit. That will be
24       Exhibit Number 5.
25       (Exhibit 5 marked for the record)

Page 117

1   Q   (Mr. Griffin)  Back on the record. Mr.
2 Spivey, you mentioned that there is, at some point,
3 that Mr. O'Berry made a comment that "he don't look
4 right." Was that the following morning when y'all
5 were getting ready to pass out breakfast trays?
6   A   Yes, sir.
7   Q   Okay. And I think you said Mr. O'Berry
8 didn't get there until that morning?
9   A   He didn't get there until that morning.
10 And he said, "That guy don't look too good."
11   Q   Yeah. I hear you. Do you remember where
12 you were when you heard him make that comment?
13   A   I was right behind -- uh -- put with the
14 cart. You know I just had brought the cart through
15 the door. I was like right from the door to the
16 first cell. Right before you get to -- because the
17 women is right here. Right before you get to --
18 where you go into, you know, where they change out
19 to go in, when they taking your clothes and stuff
20 off. And it was the observation table right in the
21 corner.
22   Q   So right by the door where you first come
23 in?
24   A   Right by the door.
25   Q   All right.