| INCIDENT AND CRIME REPORT | Case Number |
|---|---|
| | 20142188 |

**Philadelphia Police Department**
523 Main Street
Philadelphia, MS 39350

| Page Number |
|---|
| Cover Page |

| Code Section | Crime | Classification | Report Area |
|---|---|---|---|
| | BURGLARY, B&E | CRIMES AGAINST THE CRIMINAL JUSTICE | PHILADELPHIA |

| Date Occurred from | Date Occurred to | Date Reported | Location of Occurrence |
|---|---|---|---|
| | | 11/1/2014 | 285 W. ATKINS ST. |

| Time Occurred from | Time Occurred to | Time Reported |
|---|---|---|
| | | 21:47 Hrs. |

## Complainant / Victim Information

| Name-Last, First, Middle (Firm if Business) | | Residence Address | Residence Phone |
|---|---|---|---|

| SSN | Race | Sex | Age | DOB | Business Address (School if Juvenile) | Business Phone |
|---|---|---|---|---|---|---|

## Other Information

| Name-Last, First, Middle (Firm if Business) | Code | Residence Address | Residence Phone |
|---|---|---|---|

| SSN | Race | Sex | Age | DOB | Business Address (School if Juvenile) | Business Phone |
|---|---|---|---|---|---|---|

| Name-Last, First, Middle (Firm if Business) | Code | Residence Address | Residence Phone |
|---|---|---|---|

| SSN | Race | Sex | Age | DOB | Business Address (School if Juvenile) | Business Phone |
|---|---|---|---|---|---|---|

| Name-Last, First, Middle (Firm if Business) | Code | Residence Address | Residence Phone |
|---|---|---|---|

| SSN | Race | Sex | Age | DOB | Business Address (School if Juvenile) | Business Phone |
|---|---|---|---|---|---|---|

| Name-Last, First, Middle (Firm if Business) | Code | Residence Address | Residence Phone |
|---|---|---|---|

| SSN | Race | Sex | Age | DOB | Business Address (School if Juvenile) | Business Phone |
|---|---|---|---|---|---|---|

## Suspect Information-General

| Suspect Name (Last, First, Middle) | Race | Sex | Ht. | Wt. | Hair | Eyes | DOB | Arrested | Address |
|---|---|---|---|---|---|---|---|---|---|
| MCDOUGLE, MICHAEL D | B | M | 0 | 0 | Blk | Brn | ████ | Yes | 901 GUM ST, PHILADELPHIA , MS |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| Reporting Officers | Recording Officer | Typed by | Date | Time |
|---|---|---|---|---|
| SSG E. LYONS 85 | SSG E. LYONS 85 | EL | 11/2/2014 | 9:43 Hrs. |
| | | Reviewed by | Date | |

FOR OFFICIAL USE ONLY

EXHIBIT
C
tabbies

CrimeSoft

| | | INCIDENT AND CRIME REPORT<br>Continuation Sheet | Case Number |
|---|---|---|---|
| **Philadelphia Police Department** | | | 20142188 |
| 523 Main Street<br>Philadelphia, MS 39350 | | | Page Number<br><br>1 |

| Code Section | Crime<br>BURGLARY, B&E | | Classification<br>CRIMES AGAINST THE CRIMINAL JUSTICE | Report Area<br>PHILADELPHIA |
|---|---|---|---|---|
| Victims Name-Last, First, Middle (Firm if Business) | | Residence Address | | Res. Phone |

## NARRATIVE

ON OR ABOUT 11-1-2014 AT APPROXIMATELY 2147, DISPATCH ADVISED OF A B&E IN PROGRESS AT 285 W ATKINS ST. DISPATCH ADVISED THAT A BLACK MALE SUBJECT WAS INSIDE THE RESIDENCE AND AND WAS BEING HELD ON THE GROUND UNTIL OFFICERS ARRIVED. I WAS IN THE AREA OF BEACON ST. NEAR RANGE AVE RESPONDING. I ASKED IF THE RESIDENCE WAS CLOSER TO LEWIS AVE. AND DISPATCH ADVISED THAT IS WAS THE 2ND HOUSE ON THE LEFT OFF OF LEWIS AVE WITH A MAROON VAN IN THE YARD. I ARRIVED AT THE RESIDENCE AT 21:51 AND OBSERVED A BLACK MALE SUBJECT I KNEW TO BE BILLY JEAN SEALES HOLDING DOWN A BLACK MALE SUBJECT I ALSO KNEW TO BE MICHAEL MCDOUGLE IN THE DOORWAY OF THIS RESIDENCE. I APPROACHED THE DOOR AND OBSERVED AS MCDOUGLE WAS MOANING AND MAKING UNUSUAL SOUNDS AS WELL AS SCREAMING. I ADVISED TO TURN ONTO HIS STOMACH AND DID NOT RESPOND. I THEN GRABBED HIS ARM WHILE MR. SEALES WAS STILL ON TOP OF HIM AND ATTEMPTED TO HANDCUFF HIM. MCDOUGLE THEN BEGAN TO STRUGGLE AS MYSELF AND MR. SEALES ATTEMPTED TO DETAIN HIM. MCDOUGLE SHOWED UNBELIEVABLE STRENGTH AGAINST MYSELF AND MR. SEALES. SCUFFLE CONTINUED AND I ADVISED MR. SEALES TO " WATCH BACK". AT THIS TIME I TAZED MR. MCDOUGLE CENTER MASS WHICH APPEARED TO HAVE NO AFFECT ON HIM. HE BEGAN TO TRY AND GET UP AT WHICH TIME I AGAIN ATTEMPTED TO DETAIN HIM AS HE RESISTED. STRUGGLE CONTINUED ON AS MR. MCDOUGLE GRABBED AT ME AND ATTEMPTED TO BIT ME AND I LET HIM GO. WE ENDED OFF THE PORCH AREA ONTO THE GROUND. I THEN LAID ON TOP OF MCDOUGLE AND ASKED MR. SEALES TO FIND MY RADIO. I THEN ADVISED DISPATCH THAT I NEEDED HELP. I CONTINUED TO LAY ON TOP OF MCDOUGLE UNTIL BACKUP ARRIVED. WHILE LAYING THERE MCOUGLE APPEARED NOT TO BE HIMSELF AND WAS NOT TALKING CLEARLY AND COULD NOT BE UNDERSTOOD. CONTINUED TO MOAN AND GROWL. EYES APPEARED TO BE DILATED AND HAD A BLANK STARE. OFFICER CROCKETT ARRIVED MINUTES LATER AT WHICH TIME HE GRABBED ONE ARM AND I GRABBED THE OTHER AND HAD ASSISTANCE FROM MR. SEALES IN HANDCUFFING HIM. AFTER BEING HANDCUFFED MCDOULGE DID NOT STRUGGLE OR RESIST BUT CONTINUED TO MOAN AND GROWL. OTHER OFFICERS ARRIVED AFTER MCDOUGLE WAS IN CUSTODY AND OBSERVED HIM AS WELL. I'VE HAD DEALING

**FOR OFFICIAL USE ONLY**

CrimeSoft

| | | | INCIDENT AND CRIME REPORT<br>Continuation Sheet | Case Number |
|---|---|---|---|---|
| | | | | 20142188 |

**Philadelphia Police Department**

523 Main Street
Philadelphia, MS 39350

| | | | Page Number |
|---|---|---|---|
| | | | 2 |

| Code Section | Crime<br>BURGLARY, B&E | Classification.<br>CRIMES AGAINST THE CRIMINAL JUSTICE | Report Area<br>PHILADELPHIA |
|---|---|---|---|
| Victims Name-Last, First, Middle (Firm if Business) | | Residence Address | Res. Phone |

WITH MR. MCDOUGLE ON SEVERAL OCCASIONS AND HAVE NEVER SEEN HIM IN THIS MANNER. I DID

OBSERVED AN ODOR OF AN INTOXICATING BEVERAGE COMING FROM HIS BREATH THROUGHOUT THE

ORDEAL BUT IN MY OPINION WAS MORE THAN JUST ALCOHOL THAT CAUSED MR. MCDOUGLE TO REACT IN

THIS WAY. HE WAS THEN PLACED INTO A PATROL CAR AND OFFICER CROCKETT TRANSPORTED HIM TO THE

JAIL ONE BLOCK AWAY. I NOTIFIED DET. MOORE AND ADVISED HIM OF THE DETAILS. HE ADVISED TO PUT A

HOLD ON MCDOUGLE AND CHARGE HIM WITH B&E. ONCE AT THE JAIL HE WAS STILL NOT HIMSELF AND HAD TO

BE CARRIED INTO THE JAIL. MYSELF AND OFFICER RAY CARRIED HIM INTO THE JAIL AND STRAIGHT INTO

ISOLATION. RAY STATED THAT MCDOUGLE SHOULD BE CHECKED BY EMS. EMS UNITS WERE ALREADY IN

ROUTE TO THE JAIL TO CHECK ON AN SUBJECT IN AN UNRELATED CASE. WHILE CHECKING HIM I DID

OBSERVED MCDOUGLE TELL EMS HIS NAME WHEN THEY ASKED BUT THAT WAS ALL I COULD UNDERSTAND.

AFTER CHECKING THAT SUBJECT EMS UNITS DID GO INTO ISOLATION AND CHECK ON MR. MCDOUGLE. BASED

ON WHAT I GATHERED HE WAS OK TO REMAIN AT THE JAIL AND WERE ADVISED BY EMS PERSONNEL TO KEEP

A WATCH ON HIM AND CALL BACK IF NEEDED. BEFORE LEAVING THE MCDOUGLE WAS LYING ON THE FLOOR

IN ISOLATION. AT THIS TIME HE WAS CHARGED WITH DISORDERLY CONDUCT, RESISTING ARREST, AND B&E.

END OF REPORT

– End of Report –