IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BRITTNEY McDOUGLE, individually and on                          PLAINTIFF
behalf of the Heirs and Wrongful Death Beneficiaries
of Michael D. McDougle, Sr., Deceased

VERSUS                          CIVIL ACTION NO.: 3:15-cv-350-CWR-FKB

NESHOBA COUNTY, MS, et al.                                       DEFENDANTS

Settlement Conference held on November 15, 2016
before Magistrate Judge F. Keith Ball

APPEARANCES:

For Plaintiff: Carlos Moore

For Defendant: Jack Price and Steven Griffin

TERMS OF SETTLEMENT:

1. A total payment by or on behalf of all Neshoba County, MS defendants of $███████████, and a total payment by or on behalf of all City of Philadelphia, MS defendants of $███████████.

2. Plaintiffs, including the Estate and all wrongful death beneficiaries of Michael D. McDougle, Sr., will sign a full, final, and complete release of all claims against Neshoba County, City of Philadelphia, and all of their employees, except Plaintiffs reserve all claims against Brandi Wyatt and Derek Moore.

3. All claims presently pending in this case will be dismissed with prejudice, after a decision is made on the unopposed motion for leave to amend to be filed by Plaintiffs. CM

4. Plaintiffs, including the Estate and all wrongful death beneficiaries of Michael D. McDougle, Sr., are responsible for payment of all liens, claims, and encumbrances arising from or related to their claims and alleged damages in this case, and they shall hold harmless and indemnify Defendants for, from, and against any such liens, claims, and encumbrances.

5. The fact of and terms of the settlement to remain confidential.

6. Settlement contingent on approval by chancery court.

7. Defendants agree not to oppose Plaintiffs anticipated motion for Leave to amend Complaint to add Brandi Wyatt & Derek Moore as new defendants. CM

EXHIBIT A

Dated this 15th day of NOVEMBER, 2016.

_Brittney McDousle_
Plaintiff

_Carlos E. Moore_
Counsel for Plaintiff

_John D. Price for City of Philadelphia and Officers._
Defendant

_Stew Gth for Neshoba County, Sheriff & Jailers_
Counsel for Defendant