# THE NESHOBA DEMOCRAT
## ON THE WEB



Windham Tractor & Implement Co. — NEW HOLLAND AGRICULTURE

Home | Contact Us | Email Updates Signup | 439 E Beacon ST, Philadelphia, MS 39350 | 601.656.4000 | Submit News

NEWS  SPORTS  CLASSIFIEDS  OBITUARIES  SOCIETY  EDITORIAL  ABOUT US  ADVERTISE WITH US  FAIR TIMES

Search

3 Fatigue-Causing Foods
Boost your energy level every day by never eating these 3 foods Go to haveenergyatanyage.com



## County jail death suit settled in confidential agreement

By DEBBIE BURT MYERS, Managing Editor
Wednesday, December 14, 2016 6:00 PM

A "confidential settlement" has been reached in a $10 million federal wrongful death suit against the Neshoba County Sheriff's Department and the Philadelphia Police Department on behalf of the family of Michael McDougle Sr., who died while in custody of the Neshoba County Jail in 2014, an attorney for the family confirmed.



Carlos E. Moore of the Moore Law Group in Grenada confirmed that a confidential settlement had been reached.

Moore said he could not further comment.

Mayor James A. Young said he couldn't comment on the matter due to legalities.

"We just hope justice was served," Young said.

Wade White, attorney for the Neshoba County Board of Supervisors, said he couldn't comment on the matter as well.

McDougle, 29, was found dead in an isolated holding cell in the jail on Nov. 2, 2014.

The civil lawsuit was filed in the
U. S. District Court for the Southern District of Mississippi, Northern Division.

A toxicology report and autopsy report said the cause of death was head injury and mixed drug toxicity.

Allen Collins, county medical examiner at the time of the death, said the toxicology report on McDougle's body found the presence of cocaine, amphetamine, methamphetamine and marijuana.

Collins said the manner of death was undetermined.

McDougle was arrested about 11 p.m. on Saturday, Nov. 1, 2014, after police officers responded to a breaking and entering in progress at an occupied home on west Atkins Street. He was charged with resisting arrest, breaking and entering and disorderly conduct.

Following his arrest, McDougle was placed in an isolation cell in the jail where he was seen by EMS.

Sheriff Tommy Waddell said earlier that McDougle was checked around 4 a.m. when he asked for water, which he was provided. McDougle was checked again later that morning around 7:30 a.m. where he was found unconscious in his cell. EMS declared McDougle dead at the scene.

White said earlier that after McDougle's body was found in the jail, the Sheriff's office immediately contacted MBI to conduct an investigation.

"MBI reported immediately to the jail and the state turned everything over to investigators, including video recording of Mr. McDougle, which covered the entire time he was in jail," White said. "Furthermore, the video shows all contact between jail staff, law enforcement staff and medical staff and McDougle."

In addition, White said MBI was given the recording of the 911 call the victim made which led to Mr. McDougle's arrest.

"In the 911 recording, it details of the physical altercation that Mr. McDougle was involved in prior to his arrest," White said.

White said the Mississippi Bureau of Investigation conducted a thorough investigation of McDougle's death and found no misconduct on anyone's part.

Following the investigation, District Attorney Mark Duncan said no evidence of criminal wrongdoing was revealed in the investigation.

The lawsuit was filed by Brittney McDougle, individually and on behalf of the heirs and wrongful death beneficiaries of Michael D. McDougle Sr., deceased.

Named as defendants were Neshoba County, Sheriff Tommy Waddell, the City of Philadelphia, Police Chief Grant Meyers [Myers], and officers Brad Crockett, Eric Lowdnes [Lyons], Brad Poe and John Does 1-6.

The lawsuit charged that, while in handcuffs, McDougle was "beaten and tasered" by John Does 2-6.





New! Mob



EXHIBIT B



3 Signs You May
[ Watc

| JOSHUA S. LADD | MATTHEW R. STOVALL | ADVERTISING RATES | 40th ANNIVERSARY | EXTRAS |

Home | Contact Us | Email Updates Signup | 439 E Beacon ST, Philadelphia, MS 39350 | 601.656.4000 | Submit News



**20% OFF** Subscribe and get 20% off home delivery.
Use Promo Code 2016

Copyright 2015 The Neshoba Democrat Publishing Co. Inc.

Software © 1998-2017 **1up! Software**, All Rights Reserved