02-26-'16 12:22 FROM- Neshoba Co Library   6016566894   T-297 P0001/0001 F-601

# MISSISSIPPI STATE DEPARTMENT OF HEALTH
## VITAL RECORDS

12003061

**CERTIFICATE OF DEATH**
STATE OF MISSISSIPPI

FILING DATE: DEC 30 2015
STATE FILE NUMBER: 120-2015-0014288

1. DECEDENT'S LEGAL NAME: Michael Deangelo McDougle
5. SEX: Male
7a. HOURS OF DEATH: Unknown
7b. DATE OF DEATH: November 2, 2014

RACE: Black or African American

4a. AGE AT LAST BIRTHDAY: 30 Years
6. DATE OF BIRTH: June 14, 1985
7. BIRTHPLACE: Mississippi

PLACE OF DEATH: County Jail
FACILITY NAME: Neshoba County Jail
CITY, TOWN OR LOCATION OF DEATH: Philadelphia
ZIP CODE: 39350
COUNTY OF DEATH: Neshoba

MARITAL STATUS AT TIME OF DEATH: Married
SURVIVING SPOUSE: Brittney Neese

SOCIAL SECURITY NUMBER: 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
USUAL OCCUPATION: Cook
KIND OF BUSINESS: Fast Food

RESIDENCE - STATE: Mississippi
COUNTY: Neshoba
CITY OR TOWN: Philadelphia
ZIP CODE: 39350
STREET AND NUMBER: 278 West Atkins St.
INSIDE CITY LIMITS: YES

FATHER'S NAME: Michael McDougle
MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Mary Burnside

INFORMANT - NAME: Mary McDougle
RELATIONSHIP TO DECEDENT: Mother
MAILING ADDRESS: 901 Gum Street, Phila. MS 39350

DISPOSITION OF BODY: Burial
CEMETERY/CREMATORY NAME: Donald Rest
LOCATION: Phila., MS
FUNERAL DIRECTOR LICENSE NUMBER: FS-1105

FUNERAL HOME: Beck Funeral Home 50-B
LICENSE NUMBER: FE-0596
MAILING ADDRESS: 10460 RD 561, Phila., MS 39350

PERSON WHO PRONOUNCED DEATH: Kevin Fedrick, EMT-Paramedic
PRONOUNCED DEAD: November 2, 2015 at 7:43 A.

NAME OF CERTIFYING PHYSICIAN OR CORONER: Allen Collins
MAILING ADDRESS: 10211 Road 153 Philadelphia, Mississippi 39350

Neshoba County CMET

**CAUSE OF DEATH:**
IMMEDIATE CAUSE: (a) Head Injury and Mixed Drug Toxicity (Cocaine, Methamphetamine, Amphetamine, Marijuana.)
UNDERLYING CAUSE: Undetermined

27. PART II. OTHER SIGNIFICANT CONDITIONS:
AUTOPSY: YES
AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH: YES
WAS CASE REFERRED TO MEDICAL EXAMINER: YES

DID TOBACCO USE CONTRIBUTE TO DEATH: Unknown

ACCIDENT, SUICIDE, HOMICIDE, PENDING INVESTIGATION, OR UNDETERMINED: Undetermined

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFICE

2/19/2016

Judy Moulder
STATE REGISTRAR

EXHIBIT F

WARNING: A REPRODUCTION ... MISSISSIPPI STATE ... INVALID, DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE ... ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT
VERIFY PRESENCE OF ... HOLD TO LIGHT TO VIEW
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE