IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BRITTNEY MCDOUGLE, INDIVIDUALLY, ET AL.                    PLAINTIFFS

VS.                                    CIVIL ACTION NO.: 3:15-cv-350-CWR-FKB

NESHOBA COUNTY, MISSISSIPPI, ET AL.                         DEFENDANTS

### AFFIDAVIT OF DEAUNTE THOMPSON, M.D.

STATE OF Maryland
COUNTY OF Prince George

PERSONALLY came and appeared before me, the undersigned authority, in and for the aforesaid jurisdiction, the undersigned DEAUTNE THOMPSON, M.D., who after being duly sworn, did state under oath as follows, to wit:

1. My name is Deaunte Thompson, and I am an adult resident citizen of the State of Maryland where I practice as an Emergency Medicine Physician.

2. I have personal knowledge of the facts and matters set forth herein, and I am otherwise fully competent to make this Affidavit.

3. My opinions given in my expert report dated January 19, 2017 are true and accurate to a reasonable degree of medical certainty.

FURTHER AFFIANT SAYETH NOT.

_____
DEAUNTE THOMPSON., M.D.

SWORN TO AND SUBSCRIBED before me on this 1 day of February, 2017.

_____
NOTARY PUBLIC

My Commission Expires:
June 8 2020

OLUWAFEMI IJITI
NOTARY PUBLIC
PRINCE GEORGE'S COUNTY
MARYLAND
MY COMMISSION EXPIRES JUNE 8, 2020

EXHIBIT G



Deaunte B. Thompson MD
5604 45th Avenue
Hyattsville MD 20781
(310) 878-7762

Family/Emergency Medical
Legal Consulting

TO:   Carlos E. Moore ESQ
      Moore Law Group
      PO Box 1487
      662.227.9940 Phone
      662.227.9941 Fax

RE:   Michael McDougle

DATE: January 19, 2017

Opinion:

After the reviewing the documents describing Mr. Michael McDougle's death, I think he died a result of negligence on behalf of the Paramedics, Brandi Wyatt and Derek Moore, in question. Mr. McDougle did not receive an appropriate medical screening exam while in police custody. It is very difficult to assess someone's true health status without having a complete set of vitals. The Paramedics failed to check two of the four vital signs. Mr. McDougle's temperature and blood pressure were not taken and subsequently not reported.  Mr. McDougle also did not completely follow commands during their assessment this should have lead the paramedics to question his mental status and prompted them to recommend that he be further evaluated by a medical professional in a hospital environment.  The Paramedics were deliberately indifferent to the serious medical needs of Mr. McDougle.  In conclusion, failure of the paramedics to transport Mr. McDougle to an Emergency Department to be evaluated by a physician caused and/or contributed to his untimely death on November 2, 2014.

Deaunte B. Thompson MD
Board Certified Family Medicine
Board Eligible Emergency Medicine

OLUWAFEMI IJITI
NOTARY PUBLIC
PRINCE GEORGE'S COUNTY
MARYLAND
MY COMMISSION EXPIRES JUNE 8, 2020

1/19/17